# Exhibit D

## to Notice of Removal

## State Court Process and Filings
## Part 4 of 4

**FILED**
**01-24-2025**
**CIRCUIT COURT**
**DANE COUNTY, WI**
**2025CV000036**

STATE OF WISCONSIN          CIRCUIT COURT          DANE COUNTY

---

INSPIRED PURSUITS, LLC, et al.,

       Plaintiffs,

       v.                                                    Case No. 25-CV-36

PARAGON COMPONENT SYTEMS, LLC, et al.,

       Defendants.

---

### WAIVER OF SERVICE OF PROCESS AND STIPULATION FOR RESPONSE

---

Plaintiffs Inspired Pursuits, LLC, *et al* and Defendants Paragon Component Systems, LLC, John Holland, Clearspan Component Systems, Inc., James Holland, Rob Eason, Andrew Ewin, David Reed, Scott Hoelsema, Seth Duncan, Michael Pitts, Avery Radmacher, Nathan Bierma, Jeremy Bierma, and the Estate of Daniel Holland ex rel. Special Executor Marvin B. Speed, hereby stipulate and agree to waive formal service of process, including any objections to the sufficiency of service of process in this action. Defendants reserve all other defenses and objections.

All Parties also hereby stipulate and agree to January 23, 2025 as the date of service of the complaint for all Defendants, and stipulate and agree that Defendants' deadline to answer or otherwise to respond to the Complaint is extended up to and including March 24, 2025.

This 24th day of January, 2025.

                    Respectfully submitted,

                    /s/ Mayville La Rosa
                    Mayville La Rosa, WI Bar #1119613
                    *Corporate Counsel, Attorney for Plaintiffs*

6300 Enterprise Ln.
Madison, WI 53719
(608) 800-7353

*Attorneys for Defendants Paragon Component Systems, LLC and John Holland*

 /s/  *Tamar Kelber*
Tamar Kelber, WI Bar #1101802
Joshua Greenberg, WI Bar #1107959
GASS TUREK LLC
241 N. Broadway, Suite 300
Milwaukee, WI 53202
(414)223-3300
kelber@gassturek.com
greenberg@gassturek.com

/s/ *Robert Parsley*
Robert F. Parsley, TN BPR 23819
James T. Williams, TN BPR 16341
Erin E. Steelman, TN BPR 38463
MILLER & MARTIN PLLC
832 Georgia Avenue, Suite 1200
Chattanooga, TN 37402-2289
Telephone: (423) 756-6600
Bob.Parsley@millermartin.com
James.Williams@millermartin.com
Erin.Steelman@millermartin.com


*Attorneys for Defendants Clearspan Component Systems, Inc., James Holland, and Rob Eason*

/s/ *Stephan Wright*
Stephan Wright
Wright, Cortesi & Gilbreath
2030 Hamilton Pl Blvd, Suite 240
Chattanooga, TN 37421
423-826-6919
swright@wcglegal.com


*Attorneys for Defendants Andrew Ewin, David Reed, Scott Hoelsema, Seth Duncan, Michael Pitts, Avery Radmacher, Nathan Bierma, Jeremy Bierma*

2

/s/ Sam D. Elliott
Sam D. Elliott
Gearhiser, Peters, Elliott & Cannon, PLLC
320 McCallie Avenue
Chattanooga, TN 37402
(423) 756-5171
selliott@gearhiserpeters.com

*Attorney for Defendant Estate of Daniel Holland*

/s/ Scott McDearman
Scott McDearman
633 Chestnut St #900
Chattanooga, TN 37450
(423) 756-8400
smcdearman@gkhpc.com

3

**STATE OF WISCONSIN          CIRCUIT COURT          DANE COUNTY**

| | |
|---|---|
| Inspired Pursuits, LLC et al vs. Paragon Component Systems LLC et al | **Electronic Notice Status Change** |
| | Case No: 2025CV000036 |

CLEARSPAN COMPONENT SYSTEMS, LLC
CORPORATION SERVICE COMPANY
109 EXECUTIVE DRIVE SUITE 3
MADISON MS 39110

For 2025CV000036, the electronic notice preference for Tamar Kelber, Wisconsin attorney for Paragon Component Systems LLC and John Holland, has changed.

Tamar Kelber has registered as an electronic notice party and has agreed to file any documents and receive all communications from the court for this case electronically. You will no longer need to provide traditional paper documents to this party, unless the party has an attorney who has filed a limited notice of appearance and this party is receiving limited scope representation. You still need to provide traditional paper documents to the court and any other parties who are not electronically filing.

If you have any questions regarding this notice, please contact our office at 608-266-4311.

Dane County Circuit Court
Date: January 29, 2025

GF-208(CCAP), 06/2022 Electronic Notice Status Change
**This form shall not be modified. It may be supplemented with additional material.**

**STATE OF WISCONSIN**        **CIRCUIT COURT**        **DANE COUNTY**

| | |
|---|---|
| Inspired Pursuits, LLC et al vs. Paragon Component Systems LLC et al | **Electronic Notice Status Change** |
| | Case No: 2025CV000036 |

JAMES HOLLAND
880 DALEVILLE PRISMATIC ROAD
DALEVILLE MS 39326

For 2025CV000036, the electronic notice preference for Tamar Kelber, Wisconsin attorney for Paragon Component Systems LLC and John Holland, has changed.

Tamar Kelber has registered as an electronic notice party and has agreed to file any documents and receive all communications from the court for this case electronically. You will no longer need to provide traditional paper documents to this party, unless the party has an attorney who has filed a limited notice of appearance and this party is receiving limited scope representation. You still need to provide traditional paper documents to the court and any other parties who are not electronically filing.

If you have any questions regarding this notice, please contact our office at 608-266-4311.

Dane County Circuit Court
Date: January 29, 2025

GF-208(CCAP), 06/2022 Electronic Notice Status Change
**This form shall not be modified. It may be supplemented with additional material.**

**STATE OF WISCONSIN**          **CIRCUIT COURT**          **DANE COUNTY**

| | |
|---|---|
| Inspired Pursuits, LLC et al vs. Paragon Component Systems LLC et al | **Electronic Notice Status Change** |
| | Case No: 2025CV000036 |

ANDREW EWIN
1815 WALKER ST
CHATTANOOGA TN 37404

For 2025CV000036, the electronic notice preference for Tamar Kelber, Wisconsin attorney for Paragon Component Systems LLC and John Holland, has changed.

Tamar Kelber has registered as an electronic notice party and has agreed to file any documents and receive all communications from the court for this case electronically. You will no longer need to provide traditional paper documents to this party, unless the party has an attorney who has filed a limited notice of appearance and this party is receiving limited scope representation. You still need to provide traditional paper documents to the court and any other parties who are not electronically filing.

If you have any questions regarding this notice, please contact our office at 608-266-4311.

Dane County Circuit Court
Date: January 29, 2025

GF-208(CCAP), 06/2022 Electronic Notice Status Change
**This form shall not be modified. It may be supplemented with additional material.**

7 of 28

**STATE OF WISCONSIN**          **CIRCUIT COURT**          **DANE COUNTY**

| | |
|---|---|
| Inspired Pursuits, LLC et al vs. Paragon Component Systems LLC et al | **Electronic Notice Status Change** |
| | Case No: 2025CV000036 |

DAVID REED
3911 HOWARD RD
CHATTANOOGA TN 37411

For 2025CV000036, the electronic notice preference for Tamar Kelber, Wisconsin attorney for Paragon Component Systems LLC and John Holland, has changed.

Tamar Kelber has registered as an electronic notice party and has agreed to file any documents and receive all communications from the court for this case electronically. You will no longer need to provide traditional paper documents to this party, unless the party has an attorney who has filed a limited notice of appearance and this party is receiving limited scope representation. You still need to provide traditional paper documents to the court and any other parties who are not electronically filing.

If you have any questions regarding this notice, please contact our office at 608-266-4311.

Dane County Circuit Court
Date: January 29, 2025

GF-208(CCAP), 06/2022 Electronic Notice Status Change
**This form shall not be modified. It may be supplemented with additional material.**

8 of 28

**STATE OF WISCONSIN**　　　　**CIRCUIT COURT**　　　　**DANE COUNTY**

Inspired Pursuits, LLC et al vs. Paragon Component Systems LLC et al

**Electronic Notice
Status Change**

Case No: 2025CV000036

SCOTT HOELSEMA
1607 MULBERRY ST
CHATTANOOGA TN 37404

For 2025CV000036, the electronic notice preference for Tamar Kelber, Wisconsin attorney for Paragon Component Systems LLC and John Holland, has changed.

Tamar Kelber has registered as an electronic notice party and has agreed to file any documents and receive all communications from the court for this case electronically. You will no longer need to provide traditional paper documents to this party, unless the party has an attorney who has filed a limited notice of appearance and this party is receiving limited scope representation. You still need to provide traditional paper documents to the court and any other parties who are not electronically filing.

If you have any questions regarding this notice, please contact our office at 608-266-4311.

Dane County Circuit Court
Date: January 29, 2025

GF-208(CCAP), 06/2022 Electronic Notice Status Change
**This form shall not be modified. It may be supplemented with additional material.**

**STATE OF WISCONSIN**          **CIRCUIT COURT**          **DANE COUNTY**

Inspired Pursuits, LLC et al vs. Paragon Component
Systems LLC et al

**Electronic Notice
Status Change**

Case No: 2025CV000036

SETH DUNCAN
5 BROCKHAVEN RD
CHATTANOOGA TN 37404

For 2025CV000036, the electronic notice preference for Tamar Kelber, Wisconsin
attorney for Paragon Component Systems LLC and John Holland, has changed.

Tamar Kelber has registered as an electronic notice party and has agreed to file any
documents and receive all communications from the court for this case electronically.
You will no longer need to provide traditional paper documents to this party, unless the
party has an attorney who has filed a limited notice of appearance and this party is
receiving limited scope representation. You still need to provide traditional paper
documents to the court and any other parties who are not electronically filing.

If you have any questions regarding this notice, please contact our office at
608-266-4311.

Dane County Circuit Court
Date: January 29, 2025

GF-208(CCAP), 06/2022 Electronic Notice Status Change
**This form shall not be modified. It may be supplemented with additional material.**

**STATE OF WISCONSIN**          **CIRCUIT COURT**          **DANE COUNTY**

Inspired Pursuits, LLC et al vs. Paragon Component Systems LLC et al

**Electronic Notice
Status Change**

Case No: 2025CV000036

MICHAEL PITTS
185 MONTAG CIR. NE UNIT 208
ATLANTA GA 30307

For 2025CV000036, the electronic notice preference for Tamar Kelber, Wisconsin attorney for Paragon Component Systems LLC and John Holland, has changed.

Tamar Kelber has registered as an electronic notice party and has agreed to file any documents and receive all communications from the court for this case electronically. You will no longer need to provide traditional paper documents to this party, unless the party has an attorney who has filed a limited notice of appearance and this party is receiving limited scope representation. You still need to provide traditional paper documents to the court and any other parties who are not electronically filing.

If you have any questions regarding this notice, please contact our office at 608-266-4311.

Dane County Circuit Court
Date: January 29, 2025

GF-208(CCAP), 06/2022 Electronic Notice Status Change
**This form shall not be modified. It may be supplemented with additional material.**

11 of 28

**STATE OF WISCONSIN**          **CIRCUIT COURT**          **DANE COUNTY**

Inspired Pursuits, LLC et al vs. Paragon Component Systems LLC et al

**Electronic Notice
Status Change**

Case No: 2025CV000036

AVERY RADMACHER
107 CENTURY DR
ROSSVILLE GA 30741

For 2025CV000036, the electronic notice preference for Tamar Kelber, Wisconsin attorney for Paragon Component Systems LLC and John Holland, has changed.

Tamar Kelber has registered as an electronic notice party and has agreed to file any documents and receive all communications from the court for this case electronically. You will no longer need to provide traditional paper documents to this party, unless the party has an attorney who has filed a limited notice of appearance and this party is receiving limited scope representation. You still need to provide traditional paper documents to the court and any other parties who are not electronically filing.

If you have any questions regarding this notice, please contact our office at 608-266-4311.

Dane County Circuit Court
Date: January 29, 2025

GF-208(CCAP), 06/2022 Electronic Notice Status Change
**This form shall not be modified. It may be supplemented with additional material.**

**STATE OF WISCONSIN**        **CIRCUIT COURT**        **DANE COUNTY**

Inspired Pursuits, LLC et al vs. Paragon Component Systems LLC et al

**Electronic Notice
Status Change**

Case No: 2025CV000036

NATHAN BIERMA
3209 PARKWOOD AVE
RICHMOND VA 23221

For 2025CV000036, the electronic notice preference for Tamar Kelber, Wisconsin attorney for Paragon Component Systems LLC and John Holland, has changed.

Tamar Kelber has registered as an electronic notice party and has agreed to file any documents and receive all communications from the court for this case electronically. You will no longer need to provide traditional paper documents to this party, unless the party has an attorney who has filed a limited notice of appearance and this party is receiving limited scope representation. You still need to provide traditional paper documents to the court and any other parties who are not electronically filing.

If you have any questions regarding this notice, please contact our office at 608-266-4311.

Dane County Circuit Court
Date: January 29, 2025

GF-208(CCAP), 06/2022 Electronic Notice Status Change
**This form shall not be modified. It may be supplemented with additional material.**

**STATE OF WISCONSIN**          **CIRCUIT COURT**          **DANE COUNTY**

| | |
|---|---|
| Inspired Pursuits, LLC et al vs. Paragon Component Systems LLC et al | **Electronic Notice Status Change** |
| | Case No: 2025CV000036 |

JEREMY BIERMA
34 INTERNATIONAL AVE
PISCATAWAY NJ 08854

For 2025CV000036, the electronic notice preference for Tamar Kelber, Wisconsin attorney for Paragon Component Systems LLC and John Holland, has changed.

Tamar Kelber has registered as an electronic notice party and has agreed to file any documents and receive all communications from the court for this case electronically. You will no longer need to provide traditional paper documents to this party, unless the party has an attorney who has filed a limited notice of appearance and this party is receiving limited scope representation. You still need to provide traditional paper documents to the court and any other parties who are not electronically filing.

If you have any questions regarding this notice, please contact our office at 608-266-4311.

Dane County Circuit Court
Date: January 29, 2025

GF-208(CCAP), 06/2022 Electronic Notice Status Change
**This form shall not be modified. It may be supplemented with additional material.**

**STATE OF WISCONSIN**          **CIRCUIT COURT**          **DANE COUNTY**

Inspired Pursuits, LLC et al vs. Paragon Component          **Electronic Notice**
Systems LLC et al                                          **Status Change**

Case No: 2025CV000036

ROB EASON
11058 HIGHWAY 39
DALEVILLE MS 39326

For 2025CV000036, the electronic notice preference for Tamar Kelber, Wisconsin
attorney for Paragon Component Systems LLC and John Holland, has changed.

Tamar Kelber has registered as an electronic notice party and has agreed to file any
documents and receive all communications from the court for this case electronically.
You will no longer need to provide traditional paper documents to this party, unless the
party has an attorney who has filed a limited notice of appearance and this party is
receiving limited scope representation. You still need to provide traditional paper
documents to the court and any other parties who are not electronically filing.

If you have any questions regarding this notice, please contact our office at
608-266-4311.

Dane County Circuit Court
Date: January 29, 2025

GF-208(CCAP), 06/2022 Electronic Notice Status Change
**This form shall not be modified. It may be supplemented with additional material.**

**STATE OF WISCONSIN**          **CIRCUIT COURT**          **DANE COUNTY**

Inspired Pursuits, LLC et al vs. Paragon Component
Systems LLC et al

**Electronic Notice
Status Change**

Case No: 2025CV000036

ESTATE OF DANIEL HOLLAND
2101 5TH ST
MERIDIAN MS 39301

For 2025CV000036, the electronic notice preference for Tamar Kelber, Wisconsin
attorney for Paragon Component Systems LLC and John Holland, has changed.

Tamar Kelber has registered as an electronic notice party and has agreed to file any
documents and receive all communications from the court for this case electronically.
You will no longer need to provide traditional paper documents to this party, unless the
party has an attorney who has filed a limited notice of appearance and this party is
receiving limited scope representation. You still need to provide traditional paper
documents to the court and any other parties who are not electronically filing.

If you have any questions regarding this notice, please contact our office at
608-266-4311.

Dane County Circuit Court
Date: January 29, 2025

GF-208(CCAP), 06/2022 Electronic Notice Status Change
**This form shall not be modified. It may be supplemented with additional material.**

**FILED**
**01-29-2025**
**CIRCUIT COURT**
**DANE COUNTY, WI**
**2025CV000036**

STATE OF WISCONSIN          CIRCUIT COURT          DANE COUNTY

INSIPRED PURSUITS, LLC, *et al.*,

                  Plaintiffs,

    v.                                                      Case No. 25-CV-36
                                                                Case Code: 30303

PARAGON COMPONENT
SYSTEMS, LLC, *et al.*,

                  Defendants.

---

## NOTICE OF APPEARANCE

---

       PLEASE TAKE NOTICE that Tamar B. Kelber of Gass Turek LLC appears as counsel for Defendants, Paragon Component Systems, LLC and John Holland, in the above-captioned matter. A copy of all papers in this action should be served upon the undersigned at the address stated below.

       Dated this 29th day of January, 2025.

                  **GASS TUREK LLC**
                  *Attorneys for Defendants Paragon Component*
                  *Systems, LLC and John Holland*

                  *Electronically signed by Tamar B. Kelber*
                  Tamar B. Kelber SBN 1101802
                  kelber@gassturek.com
                  241 North Broadway, Suite 300
                  Milwaukee, WI  53202
                  Phone:  414-223-3300
                  Fax:  414-224-6116

STATE OF WISCONSIN          CIRCUIT COURT          DANE COUNTY

INSPIRED PURSUITS, LLC, et al.,

      Plaintiffs,

     v.                          Case No. 25-CV-36

PARAGON COMPONENT SYTEMS, LLC, et al.,

      Defendants.

_Return_

_CSC_

---

### AFFIDAVIT OF SERVICE

---

STATE OF WISCONSIN      )
                          ) SS.
COUNTY OF DANE         )

I, __**Charles Lindsay**__, being first duly sworn on oath, depose and state as follows:

1. I am over the age of 18 years, competent to testify, and not a party to the action in which this affidavit is being made.
2. On the _7_ day of _January_, 20_25_, at approximately _9:15_ AM/PM, I served the following documents:
   - Summons
   - Complaint
   - Motion to Seal

   Name of Person(s) Served: CLEARSPAN COMPONENT SYSTEMS, LLC
   Address: 109 EXECUTIVE DRIVE, SUIT 3
   City/State/Zip: MADISON, MS 39110

3. I served the above-named documents by the following method:
   [X] Personal Service
   [ ] Substituted Service
   [ ] Service by Mail
   [ ] Other (describe method of service): _____

4. The documents were served at the address provided in this affidavit, and the person(s) served were identified as follows:

[ ] The person served was the individual named in the documents.
[ ] The person served was a person of suitable age and discretion at the above address, and they were informed of the contents of the documents.

5. I made the following additional efforts to confirm the service, if applicable:
[Insert any additional details of service, including phone calls, follow-ups, etc.]

6. The documents were served as required by Wisconsin Statutes, specifically §801.11 and/or any other applicable provisions.

I declare under the criminal penalty of false swearing that the information I have provided is true and accurate.

▶ _____
Signature

_____
**Charles Lindsay**
Name Printed or Typed

_____
Address

CHARLES LINDSAY
P.O. BOX 1656
BRANDON, MS 39043
601-941-6348

Lindsay-Pie yahoo. com
Email Address      Telephone Number

JAN 0 8 2025
Date                State Bar No. (if any)

Subscribe and sworn to before me by the affiant who is personally known to me.

_____
Notary Public

JAN 0 8 2025        8-7-27
Date                Commission Expires

★ STATE OF MISSISSIPPI ★
BETTY L. HARRELL, NOTARY PUBLIC
RANKIN COUNTY
MY COMMISSION EXPIRES AUGUST 7, 2027
COMMISSION NUMBER 70666

2

STATE OF WISCONSIN          CIRCUIT COURT          DANE COUNTY

INSPIRED PURSUITS, LLC, et al.,

     Plaintiffs,

     v.                                                    Case No. 25-CV-36

PARAGON COMPONENT SYTEMS, LLC, et al.,

     Defendants.

*Return*

*CSC*

---

**AFFIDAVIT OF SERVICE**

---

STATE OF WISCONSIN    )
                       ) SS.
COUNTY OF DANE        )

I, __**Charles Lindsay**__, being first duly sworn on oath, depose and state as follows:

1. I am over the age of 18 years, competent to testify, and not a party to the action in which this affidavit is being made.
2. On the _7_ day of _January_, 20_25_, at approximately _9:15_ (AM)/PM, I served the following documents:
   - Summons
   - Complaint
   - Motion to Seal

   Name of Person(s) Served: CLEARSPAN COMPONENT SYSTEMS, LLC
   Address: 109 EXECUTIVE DRIVE, SUIT 3
   City/State/Zip: MADISON, MS 39110

3. I served the above-named documents by the following method:
   [X] Personal Service
   [ ] Substituted Service
   [ ] Service by Mail
   [ ] Other (describe method of service): _____

4. The documents were served at the address provided in this affidavit, and the person(s) served were identified as follows:

1/13/25, 10:58 AM                                        ServeManager

# AFFIDAVIT OF SERVICE

| Case:<br>2025CV000036 | Court:<br>In the Circuit Court for the State of Wisconsin, Dane<br>County | County:<br>Dane, WI | Job:<br>12461850 (MSSTATE25) |
|---|---|---|---|
| Plaintiff / Petitioner:<br>Inspired Pursuits, LLC et al | | Defendant / Respondent:<br>Paragon Component Systems LLC et al | |
| | | For:<br>Qualtim | |
| To be served upon:<br>James Holland | | | |

I, Merritt Barry , being duly sworn, depose and say: I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to make service of the documents and informed said person of the contents herein

**Recipient Name / Address:** James Holland , WORK - Clear Span Components: 6110 Old Highway 80 West, Meridian, MS 39307

**Manner of Service:** Personal/Individual, Jan 9, 2025, 1:08 pm CST

**Documents:** Summons and Complaint, Motion to Seal or Redact Court Records, Confidential Disclosure of Information to be Sealed or Redacted, Electronic Filing Notice, Exhibit A (Received Jan 7, 2025 at 9:00am CST)

**Additional Comments:**
1) Successful Attempt: Jan 9, 2025, 1:08 pm CST at WORK - Clear Span Components: 6110 Old Highway 80 West, Meridian, MS 39307 received by James Holland . Age: 35; Ethnicity: Caucasian; Gender: Male; Weight: 185; Height: 6'2"; Hair: Black;

_____    1/17/25
Merritt Barry                Date

429 E Commerce St Suite 205
Hernando, MS 38632
662-298-1417

Subscribed and sworn to before me by the affiant who is
personally known to me.

_____
Notary Public

7-19-25
_____
Date Commission Expires

STATE OF MISSISSIPPI
SANDRA FARLEY
NOTARY PUBLIC
Newton County
Commission Expires
July 19, 2025
COMMISSION NUMBER 29766?

1/13/25, 11:45 AM                                    ServeManager

## AFFIDAVIT OF SERVICE

| Case:<br>2025CV000036 | Court:<br>In the Circuit Court for the State of Wisconsin, Dane<br>County | County:<br>Dane, WI | Job:<br>12461870 (MSSTATE25) |
|---|---|---|---|
| Plaintiff / Petitioner:<br>Inspired Pursuits, LLC et al | | Defendant / Respondent:<br>Paragon Component Systems LLC et al | |
| | | For:<br>Qualtim | |
| To be served upon:<br>Rob Eason | | | |

I, Merritt Barry , being duly sworn, depose and say: I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to make service of the documents and informed said person of the contents herein

| | |
|---|---|
| Recipient Name / Address: | Rob Eason , WORK - Clear Span Components: 6110 Old Highway 80 West, Meridian, MS 39307 |
| Manner of Service: | Personal/Individual, Jan 9, 2025, 1:09 pm CST |
| Documents: | Summons and Complaint, Motion to Seal or Redact Court Records, Confidential Disclosure of Information to be<br>Sealed or Redacted, Electronic Filing Notice, Exhibit A (Received Jan 7, 2025 at 9:00am CST) |

Additional Comments:
1) Successful Attempt: Jan 9, 2025, 1:09 pm CST at WORK - Clear Span Components: 6110 Old Highway 80 West, Meridian, MS 39307 received by Rob Eason . Age: 38; Ethnicity: Caucasian; Gender: Male; Weight: 200; Height: 5'8"; Hair: Blond;

| | |
|---|---|
| _Merritt Barry_        _1/13/25_<br>Merritt Barry             Date | _Subscribed and sworn to before me by the affiant who is_<br>_personally known to me._<br><br>_Sandra Farley_<br>Notary Public<br>_7-19-25_<br>Date Commission Expires |

429 E Commerce St Suite 205
Hernando, MS 38632
662-298-1417

STATE OF MISSISSIPPI
SANDRA FARLEY
NOTARY PUBLIC
Newton County
Commission Expires
July 19, 2025
COMMISSION NUMBER 291982

## AFFIDAVIT OF NON-SERVICE

| Case:<br>25-CV36 | Court:<br>STATE OF WISCONSIN, CIRCUIT COURT, DANE COUNTY | County:<br>DANE | Job:<br>12470525 (25-CV-36) |
|---|---|---|---|
| Plaintiff / Petitioner:<br>Inspired Pursuits, LLC et al | | Defendant / Respondent:<br>Paragon Component Systems LLC et al | |
| Received by:<br>LawServePro | | For:<br>Inspired Pursuits, LLC | |
| To be served upon:<br>Scott Hoelsema | | | |

I, Joe Horton, being duly sworn, depose and say: I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to make service of the documents and informed said person of the contents herein

**Recipient Name / Address:**     Scott Hoelsema, 760 Mckewin Avenue, Baltimore, MD 21218

**Manner of Service:**     Unsuccessful Attempt

**Documents:**     ELECTRONIC FILING NOTICE, SUMMONS WITH COMPLAINT ATTACHED (DATED 2ND JANUARY 2025); COMPLETE LIST OF ALL DEFENDANTS AND LAST KNOWN ADDRESSES; COMPLAINT; DEMAND FOR JURY TRIAL; COMPLETE LIST OF ALL DEFENDANTS AND LAST KNOWN ADDRESSES, EXHIBIT A, MOTION TO SEAL OR REDACT A COURT RECORD , CONFIDENTIAL DISCLOSURE OF INFORMATION TO BE SEALED OR REDACTED; EXHIBITS

**Additional Comments:**
1) Unsuccessful Attempt: Jan 8, 2025, 7:51 pm EST at 760 Mckewin Avenue, Baltimore, MD 21218
Attempted service, no answer at the door despite knocking for several minutes.

2) Unsuccessful Attempt: Jan 10, 2025, 4:02 pm EST at 760 Mckewin Avenue, Baltimore, MD 21218
Attempted service, no answer at the door despite knocking for several minutes.

3) Unsuccessful Attempt: Jan 11, 2025, 9:01 am EST at 760 Mckewin Avenue, Baltimore, MD 21218
Attempted service, no answer at the door despite knocking for several minutes.

_____          January 11, 2025
Joe Horton                                                              Date

LawServePro
8482 Fort Smallwood Road, B-110
Pasadena, MD 21122

**AFFIDAVIT OF SERVICE**

| Case:<br>3-24-cv-<br>00745-wmc | Court:<br>UNITED STATES DISTRICT COURT for the Western<br>Distrect of Wisconsin | County: | Job:<br>12461190 |
|---|---|---|---|
| **Plaintiff / Petitioner:**<br>INSPIRED PURSUITS, LLC; QUALTIM, INC; DrJ ENGINEERING, LLC | | **Defendant / Respondent:**<br>PARAGON COMPONENT SYSTEMS, LLC; CLEARSPAN COMPONENTS,<br>INC; JOHN HOLLAND; et.al | |
| **Received by:**<br>Nichols Legal Document Services, LLC | | **For:**<br>THE QUALTIM FAMILY OF SERVICES | |
| **To be served upon:**<br>Seth Duncan | | | |

I, Lathan Nichols, being duly sworn, depose and say: I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to make service of the documents and informed said person of the contents herein

**Recipient Name / Address:**   Spouse, Home: 10 Alice Ridge Road, Anniston, AL 36567

**Manner of Service:**   Substitute Service - Abode, Jan 13, 2025, 4:02 pm EST

**Documents:**   SUMMONS IN A CIVIL ACTION;COMPLAINT; EXHIBIT A; EXHIBIT B

**Additional Comments:**
1) Unsuccessful Attempt: Jan 8, 2025, 1:15 pm EST at Home: 10 Alice Ridge Road, Anniston, AL 36207
No Answer.. There is a package by the front door addressed to Seth Duncan

2) Successful Attempt: Jan 13, 2025, 4:02 pm EST at Home: 10 Alice Ridge Road, Anniston, AL 36207 received by Spouse. Age: 35-45; Ethnicity: Caucasian; Gender: Female; Weight: 110; Height: 5'3"; Hair: Black; Relationship: Wife; Other: Would not give her name;

_Lathan Nichols_   1-14-25
Lathan Nichols                Date

Nichols Legal Document Services, LLC
6081 Shannon Brook Lane
Oxford, AL 36203
678-984-1680

Subscribed and sworn to before me by the affiant who is
personally known to me.

_Theresa H. Mulkey_
Notary Public

( 1-14-2025 )                12-22-2025
Date                Commission Expires

# AFFIDAVIT OF NON-SERVICE

| Case:<br>Case<br>2025CV000036 | Court:<br>STATE OF WISCONSIN CIRCUIT COURT DANE<br>COUNTY | County: | Job:<br>12478232 |
|---|---|---|---|
| **Plaintiff / Petitioner:**<br>INSPIRED PURSUITS, LLC, et al | | **Defendant / Respondent:**<br>Paragon Component Systems LLC et al | |
| **Received by:**<br>Angelic Messenger Service | | **For:**<br>Inspired Pursuits, LLC | |
| **To be served upon:**<br>JEREMY BIERMA | | | |

I, Raymond Dash, being duly sworn, depose and say: I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to make service of the documents and informed said person of the contents herein

**Recipient Name / Address:**    JEREMY BIERMA, 34 International Avenue, Piscataway, NJ 08854

**Manner of Service:**    Non-Service

**Documents:**    Summons and Complaint, Motion to Seal or Redact a Court Record, Confidential Disclosure of Information to be Sealed or RedactedCOMPLAINT FOR DECLARATORY JUDGMENT, Electronic Filing Notice (Received Jan 9, 2025 at 9:46am EST)

**Additional Comments:**
1) Unsuccessful Attempt: Jan 10, 2025, 6:28 pm EST at 34 International Avenue, Piscataway, NJ 08854
There is no longer at house on this property


_Raymond K Dash_                1/14/25

Raymond Dash                    Date

Angelic Messenger Service
509 Shirley Parkway
Piscataway , NJ 08854
7323696842

Angelic Messenger Service
509 Shirley Parkway
Piscataway , NJ 08854

INVOICE:   12478232
Issued:   Jan 9, 2025

**Inspired Pursuits, LLC**
Chelsey Walters

PAY TO:
**Angelic Messenger Service**
509 Shirley Parkway
Piscataway , NJ 08854

| Case: | Case 2025CV000036 | Plaintiff / Petitioner: | INSPIRED PURSUITS, LLC, et al |
|---|---|---|---|
| Job: | 12478232 | Defendant / Respondent: | Paragon Component Systems LLC et al |

| Item | Description | Cost | Quantity | Total |
|---|---|---|---|---|
| Service of Summons and Complaint | JEREMY BIERMA, PISCATAWAY, NJ | $125.00 | 1 | $125.00 |
| PRINTING | 82 PAGES | $0.25 | 82 | $20.50 |

| | | |
|---|---|---|
| Thanks for your business. | Total: | $145.50 |
| | Amount Paid: | ($0.00) |
| | **Balance Due:** | **$145.50** |

Angelic Messenger Service   •   509 Shirley Parkway , Piscataway , NJ 08854

Call: 732 369-6842   •   Email: rkdash@optonline.net

## AFFIDAVIT OF NON-SERVICE

| Case: | Court: | County: | Job: |
|---|---|---|---|
| 25-CV-36 | STATE OF WISCONSIN CIRCUIT COURT DANE COUNTY | DANE | 12470954 (Nathan Bierema) |

| Plaintiff / Petitioner: | Defendant / Respondent: |
|---|---|
| INSPIRED PURSUITS, LLC, et al. | PARAGON COMPONENT SYTEMS, LLC, et al. |

| Received by: | For: |
|---|---|
| The Wesley Group | Qualtim |

| To be served upon: |
|---|
| Nathan Bierema |

I, Jody Ashworth, being duly sworn, depose and say: I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to make service of the documents and informed said person of the contents herein

**Recipient Name / Address:**   Nathan Bierema, 3209 PARKWOOD AVENUE, RICHMOND, VA 23221

**Manner of Service:**   Unsuccessful Attempt

**Documents:**   Summons and Complaint without Exhibits, Electronic Filing Notice, Affidavit of Service, Confidential Diclosure of Information to be Sealedor Redacted, Motion to Seal or Redact Court Records, and Exhibit A

**Additional Comments:**

1) Unsuccessful Attempt: Jan 9, 2025, 2:15 pm EST at 3209 PARKWOOD AVENUE, RICHMOND, VA 23221
Old/Bad address. Current resident (see photo) said Mr. Bierema does not live here and she does not know him. She added she has lived here since December 2023 and still receives mail addressed to Bierema from time to time. She did not have a forwarding address.

_____   01/15/2025
Jody Ashworth                                    Date

The Wesley Group
107 S. West St. Ste. 417
Alexandria, VA 22314
(202) 372-7466

Subscribed and sworn to before me by the affiant who is
personally known to me.

_____
Notary Public

_____   _____
Date                         Commission Expires

1|15|2025          11|30|2027

MARK HAGOOD
NOTARY PUBLIC
REGISTRATION # 7533351
COMMONWEALTH OF VIRGINIA
MY COMMISSION EXPIRES NOVEMBER 30 2027

**The Wesley Group**
107 S. West St. Ste. 417
Alexandria, VA 22314

INVOICE: 12470954
Issued:   Jan 8, 2025
Sent to: Chelsey Walters



**Qualtim**
Chelsey Walters
6300 ENTERPRISE LANE
MADISON, WI 53719

PAY TO:
**The Wesley Group**
107 S. West St. Ste. 417
Alexandria, VA 22314

| Case: | | Plaintiff / Petitioner: |
|---|---|---|
| **Job:** | 12470954 (Nathan Bierema) | Defendant / Respondent: |

| Item | Description | Cost | Quantity | Total |
|---|---|---|---|---|
| Service of Process | Standard 48-72 Hour Service of Process | $75.00 | 1 | $75.00 |
| Printing Fee | Per Page | $0.50 | 84 | $42.00 |

| Payment | Description | Amount Paid |
|---|---|---|
| Jan 8, 2025 | PP7119 | ($117.00) |

We truly appreciate your business. Serving you in Washington D.C., Maryland, Virginia, Delaware and Indiana daily.

| | |
|---|---|
| Total: | $117.00 |
| Amount Paid: | ($117.00) |
| **Balance Due:** | **$0.00** |

The Wesley Group  •  107 S. West St. Ste. 417, Alexandria, VA 22314

Call: 202.372.7466  •  Email: Info@TheWesleyGroup.Org  •  Visit: www.WesleyGroup.co