IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| INSPIRED PURSUITS, LLC, QUALTIM, INC., CENTER FOR BUILDING INNOVATION, LLC, DRJ ENGINEERING, LLC, KIRK GRUNDAHL, and SUZANNE GRUNDAHL,<br><br>    Plaintiffs,<br><br>v.<br><br>PARAGON COMPONENT SYSTEMS, LLC, JOHN HOLLAND, JAMES HOLLAND, CLEARSPAN COMPONENTS, LLC, ANDREW EWIN, DAVID REED, SCOTT HOELSMA, SETH DUNCAN, MICHAEL PITTS, AVERY RADMACHER, NATHAN BIEREMA, JEREMY BIEREMA, ROB EASON, and THE ESTATE OF DANIEL HOLLAND EX REL. SPECIAL EXECUTOR MARVIN B. SPEED,<br><br>    Defendants. | Case No. 25-CV-75 |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Joshua S. Greenberg of Gass Turek LLC appears as counsel for Defendants Paragon Component Systems, LLC and John Holland in this action. A copy of all papers in this action should be served upon the undersigned at the address stated below.

Dated this 28th day of February, 2025.

                                        **GASS TUREK LLC**

                                        *Attorneys for Defendants Paragon Component Systems, LLC and John Holland*

                                        *s/ Joshua S. Greenberg*
                                        Joshua S. Greenberg, SBN 1107959
                                        greenberg@gassturek.com

241 North Broadway, Suite 300
Milwaukee, WI 53202
Phone: 414-223-3300
Fax: 414-224-6116