IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

INSPIRED PURSUITS, LLC, QUALTIM, INC., CENTER FOR BUILDING INNOVATION, LLC, DRJ ENGINEERING, LLC, KIRK GRUNDAHL, and SUZANNE GRUNDAHL,

    Plaintiffs,

V.

PARAGON COMPONENT SYSTEMS, LLC, JOHN HOLLAND, JAMES HOLLAND, CLEARSPAN COMPONENTS, LLC, ANDREW EWIN, DAVID REED, SCOTT HOELSMA, SETH DUNCAN, MICHAEL PITTS, AVERY RADMACHER, NATHAN BIERMEMA, JEREMY BIEREMA, ROB EASON, and THE ESTATE OF DANIEL HOLLAND EX REL. SPECIAL EXECUTOR MARVIN B. SPEED,

    Defendants.

Case No. 3:25-cv-00075-wmc

---

## ALL DEFENDANTS' MOTION TO DISMISS

---

**WRIGHT, CORTESI & GILBREATH**

*Counsel for James Holland, Clearspan Components, Inc., and Rob Eason*

Stephan R. Wright, TN BPR 031494
swright@wcglegal.com
2030 Hamilton Place Blvd., Suite 240
Chattanooga, TN 37421
T: 423-286-6919

**GASS TUREK LLC**

*Counsel for Defendants Paragon Component Systems, LLC and John Holland*

Tamar B. Kelber, SBN 1101802
kelber@gassturek.com
Joshua S. Greenberg, SBN 1107959
greenberg@gassturek.com
241 North Broadway, Suite 300
Milwaukee, WI 53202
T: 414-223-3300

1

| | |
|---|---|
| **GEARHISER, PETERS ELLIOTT & CANNON, PLLC** | **GRANT, KONVALINKA & HARRISON, P.C.** |
| *Counsel for Defendants Andrew Ewin, David Reed, Scott Hoelsema, Seth Duncan, Michael Pitts, Avery Radmacher, Nathan Bierema, and Jeremy Bierema* | *Counsel for the Estate of Daniel N. Holland ex rel. Special Executor Marvin B. Speed* |
| Sam D. Elliott, pro hac vice<br>selliott@gearhiserpeters.com<br>320 McCallie Avenue<br>Chattanooga, Tennessee 37402<br>T: 423-756-5171<br>F: 423-266-1605 | J. Scott McDearman, TN BPR 012714<br>smcdearman@gkhpc.com<br>Republic Centre<br>633 Chestnut Street, Suite 900<br>Chattanooga TN, 37450<br>T: 423-756-8400<br>F: 423-756-6518 |

Under Federal Rules of Civil Procedure 8, 12(b)(2), 12(b)(6), and 41(b), all Defendants respectfully move the Court to dismiss Plaintiffs' claims asserted in their Complaint. Doc. 1-2.

Under Rule 8, 12(b)(6), and 41(b), Plaintiffs' scattershot Complaint should be dismissed entirely because it is merely "a collection of vague legal theories [that] lacks concrete and coherent factual allegations." *See Dunbar v. Kiefer*, No. 24-CV-1592-JPS, 2024 WL 5264678, at *3 (E.D. Wis. Dec. 31, 2024).

Under Rule 12(b)(6), 17 U.S.C. § 301, and other applicable law, many of Plaintiffs' claims must be dismissed because they are preempted by the Copyright Act, since they seek remedies that are merely the equivalent of remedies afforded only under the Act.

And under Rule 12(b)(6), Plaintiffs' allegations are otherwise factually or legally deficient and implausible.

Moreover, under Rule 12(b)(2), the Court lacks personal jurisdiction over certain of the Defendants (James Holland and Rob Eason).

In support of this motion, each set of separately represented Defendants file a supporting brief. All Defendants rely on their own separate briefs, the brief filed by Defendants John Holland and Paragon Component Systems, LLC, which all other Defendants incorporate by reference, Fed. R. Civ. P. 10(c), and the record in this case.

Respectfully submitted this 7th day of April 2025.

**GASS TUREK LLC**

*Counsel for Defendants Paragon Component Systems, LLC and John Holland*

*s/ Tamar B. Kelber*
Tamar B. Kelber, SBN 1101802
kelber@gassturek.com
Joshua S. Greenberg, SBN 1107959
greenberg@gassturek.com
241 North Broadway, Suite 300
Milwaukee, WI 53202
T: 414-223-3300
F: 414-224-6116


**GEARHISER, PETERS ELLIOTT & CANNON, PLLC**

*Counsel for Defendants Andrew Ewin, David Reed, Scott Hoelsema, Seth Duncan, Michael Pitts, Avery Radmacher, Nathan Bierema, and Jeremy Bierema*

*s/ Sam D. Elliott*, pro hac vice
Sam D. Elliott, TN BPR 009431
selliott@gearhiserpeters.com
320 McCallie Avenue
Chattanooga, Tennessee 37402
T: 423-756-5171
F: 423-266-1605

3

**WRIGHT, CORTESI & GILBREATH**

*Counsel for James Holland, Clearspan Components, Inc., and Rob Eason*

*s/ Stephan R. Wright*
Stephan R. Wright, TN BPR 031494
swright@wcglegal.com
2030 Hamilton Place Blvd., Suite 240
Chattanooga, TN 37421
T: 423-286-6919

**GRANT, KONVALINKA & HARRISON, P.C.**

*Counsel for the Estate of Daniel N. Holland ex rel. Special Executor Marvin B. Speed*

*s/ J. Scott McDearman*
J. Scott McDearman, TN BPR 012714
smcdearman@gkhpc.com
Republic Centre
633 Chestnut Street, Suite 900
Chattanooga TN, 37450
T: 423-756-8400
F: 423-756-6518