## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF WISCONSIN

---

INSPIRED PURSUITS, LLC,
QUALTIM, INC., CENTER FOR
BUILDING INNOVATION, LLC,
DRJ ENGINEERING, LLC, KIRK
GRUNDAHL, and SUZANNE
GRUNDAHL,

      Plaintiffs,

 V.

PARAGON COMPONENT SYSTEMS, LLC,
JOHN HOLLAND, JAMES HOLLAND,
CLEARSPAN COMPONENTS, LLC,
ANDREW EWIN, DAVID REED, SCOTT
HOELSMA, SETH DUNCAN, MICHAEL
PITTS, AVERY RADMACHER, NATHAN
BIERMEMA, JEREMY BIEREMA, ROB
EASON, and THE ESTATE OF DANIEL
HOLLAND EX REL. SPECIAL
EXECUTOR MARVIN B. SPEED,

      Defendants.

Case No. 3:25-cv-00075-wmc

---

## DEFENDANT'S MOTION FOR LEAVE TO FILE A ONE-PAGE SUR-REPLY IN OPPOSITION TO MOTION TO REMAND

---

Under Federal Rule of Civil Procedure 7(b), Defendant Paragon Component Systems, LLC ("Paragon") respectfully seeks leave to file a one-page sur-reply in opposition to Plaintiffs' reply to their motion for remand. Doc. 38. There is good cause for this request, and the circumstances requiring the request are rare and unusual Paragon maintains that the requested relief is necessary to point out a new argument raised in Plaintiffs' reply, which is directly inconsistent with Plaintiffs'

representations to the Court, and which would assist the Court in its decisional

process. A proposed sur-reply is attached as Exhibit A.

Respectfully submitted this 25th day of April 2025.

**GASS TUREK LLC**

*Counsel for Defendants Paragon Component Systems, LLC and John Holland*

*s/ Tamar B. Kelber*
Tamar B. Kelber, SBN 1101802
kelber@gassturek.com
Joshua S. Greenberg, SBN 1107959
greenberg@gassturek.com
241 North Broadway, Suite 300
Milwaukee, WI 53202
T: 414-223-3300
F: 414-224-6116

2