IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| INSPIRED PURSUITS, LLC, QUALTIM, INC., CENTER FOR BUILDING INNOVATION, LLC, DRJ ENGINEERING, LLC, KIRK GRUNDAHL, and SUZANNE GRUNDAHL,<br><br>      Plaintiffs,<br><br> V.<br><br>PARAGON COMPONENT SYSTEMS, LLC, JOHN HOLLAND, JAMES HOLLAND, CLEARSPAN COMPONENTS, LLC, ANDREW EWIN, DAVID REED, SCOTT HOELSMA, SETH DUNCAN, MICHAEL PITTS, AVERY RADMACHER, NATHAN BIERMEMA, JEREMY BIEREMA, ROB EASON, and THE ESTATE OF DANIEL HOLLAND EX REL. SPECIAL EXECUTOR MARVIN B. SPEED,<br><br>      Defendants. | Case No. 3:25-cv-00075-wmc |

**DEFENDANT'S [PROPOSED] SUR-REPLY
IN OPPOSITION TO MOTION TO REMAND**

In their reply in support of the motion for remand, Plaintiffs argue, for the first time, that "Defendants focus on the [Paragon] Software to force this to be a copyright case, but ownership of the Software is irrelevant here" (Doc. 38 at 3) and "the copyright issues of the software . . . are already being addressed in the Declaratory Judgment action, *Paragon et al v. Inspired Pursuits, et al,* Case No. 25-CV-00170" (*id.* at 2). Yet, in the parallel Case No. 3:25-cv-170 before this Court, Plaintiffs moved to

1

stay that action because, they admitted, the present case "initially filed in state court and pending a remand *addresses the ownership and possessory interest at issue . . .*" Case No. 25-CV-00170, Doc. 95-1 at 12. In other words, Plaintiffs are taking contrary positions in both cases, as each of these co-pending cases will require this Court to resolve the software ownership issue which Plaintiffs now argue stems from an inchoate and undefined business "Model."

      Respectfully submitted this \_\_\_\_ day of April 2025.

      **GASS TUREK LLC**

      *Counsel for Defendants Paragon Component Systems, LLC and John Holland*

      *s/ Tamar B. Kelber*
Tamar B. Kelber, SBN 1101802
kelber@gassturek.com
Joshua S. Greenberg, SBN 1107959
greenberg@gassturek.com
241 North Broadway, Suite 300
Milwaukee, WI 53202
T: 414-223-3300
F: 414-224-6116