### IN THE UNITED STATES DISTRICT COURT
### FOR THE WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| INSPIRED PURSUITS, LLC )<br>QUALTIM, INC, CENTER FOR )<br>BUILDING INNOVATION, LLC )<br>DRJ ENGINEERING, LLC  KIRK )<br>GRUNDAHL, and SUZANNE )<br>GRUNDAHL, )<br>          )<br>    Plaintiffs, )<br>          )<br>v. )<br>          )<br>PARAGON COMPONENT SYSTEMS, )<br>LLC, JOHN HOLLAND, JAMES )<br>HOLLAND, CLEARSPAN )<br>COMPONENTS,INC., ANDREW EWIN, )<br>DAVID REED, SCOTT HOELSMA, )<br>SETH DUNCAN, MICHAEL PITTS, )<br>AVERY RADMACHER, NATHAN )<br>BIERMEMA, JEREMY BIEREMA, ROB )<br>EASON and THE ESTATE OF DANIEL )<br>HOLLAND EX REL. SPECIAL )<br>EXECUTOR MARVIN B. SPEED. )<br>          )<br>    Defendants. ) | CIVIL CASE NO. 3:25-CV-00075 |

### NOTICE OF APPEARANCE

**NOTICE** is hereby given to the Court and all Parties to this matter that April H. Sawhill of the law firm of Grant, Konvalinka & Harrison, P.C. make appearance and is to be entered as counsel of record for Defendant The Estate of Daniel Holland ex rel. Special Executor Marvin B. Speed., in the aforementioned captioned case. All correspondence, court notices and service of pleadings should be directed accordingly and served upon:

>April H. Sawhill
>Grant, Konvalinka & Harrison, P.C.
>633 Chestnut Street, Suite 900
>Chattanooga, Tennessee 37450-0900
>423-756-8400 (Phone)
>423-756-0643 (Fax)
>asawhill@gkhpc.com

Dated: April 30, 2025

        Respectfully submitted,

        **GRANT, KONVALINKA & HARRISON, P.C.**

        By:   s/ April H. Sawhill
                April H. Sawhill (TN Bar # 039906)
                633 Chestnut Street, Suite 900
                Chattanooga, Tennessee 37450-0900
                PH: 423-756-8400
                FAX: 423-756-6518
                asawhill@gkhpc.com

## CERTIFICATE OF SERVICE

    I hereby certify that on the 30th day of April, 2025, a copy of the foregoing Notice of Appearance by April H. Sawhill was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic receipt. All other parties will be served by regular U.S. Mail. Parties may access this filing through the Court's filing system.

                                                        s/ April H. Sawhill
                                                        Grant Konvalinka & Harrison, P.C.