IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

INSPIRED PURSUITS, LLC, *et al*.

        Plaintiffs,

v.                                                                                       Case No. 3:25-cv-00075-wmc

PARAGON COMPONENT SYSTEMS,
LLC, *et al.,*

        Defendants.

---

## JOINT MOTION FOR ENTRY OF AGREED PROTECTIVE ORDER

Plaintiffs, Inspired Pursuits, LLC, Qualtim, Inc., Center for Building Innovation, LLC, DRJ Engineering, LLC, Kirk Grundahl, and Suzanne Grundahl, and all defendants Paragon Component Systems, LLC, John Holland, James Holland, Clearspan Components, LLC, Andrew Ewin, David Reed, Scott Hoelsma, Seth Duncan, Michael Pitts, Avery Radmacher, Nathan Bierema, Jeremy Bierema, Rob Eason, and The Estate of Daniel Holland ex rel. Special Executor Marvin B. Speed, by and through their undersigned counsel and pursuant to Federal Rule of Civil Procedure 26(c), respectfully move this Court for entry of the proposed Agreed Protective Order attached as **Exhibit A**.

As grounds, the parties submit that certain information produced during pretrial discovery in this action may be of a confidential and private nature. The parties have conferred and agreed upon the terms of the Agreed Protective Order in order to facilitate the discovery process. Accordingly, the parties respectfully request that the Court enter the Agreed Protective Order attached as **Exhibit A**.

s/Erin Steelman
Erin Steelman
MILLER & MARTIN
Volunteer Building, Suite 1200
832 Georgia Ave.
Chattanooga, TN 37402
T: 423-785-8324
erin.steelman@millermartin.com
*Counsel for Defendants Paragon Component Systems, LLC and John Holland*

s/Sam D. Elliott
Sam D. Elliott, TN BPR 009431, *pro hac vice*
GEARHISER, PETERS ELLIOTT & CANNON, PLLC
selliott@gearhiserpeters.com
320 McCallie Avenue
Chattanooga, Tennessee 37402
T: 423-756-5171
*Counsel for Defendants Andrew Ewin, David Reed, Scott Hoelsma, Seth Duncan, Michael Pitts, Avery Radmacher, Nathan Bierema, and Jeremy Bierema*

s/Stephan R. Wright
Stephan R. Wright TN BPR 031494 *pro hac vice*
WRIGHT, CORTESI & GILBREATH
swright@wcglegal.com
2030 Hamilton Place Blvd., Suite 240
Chattanooga, TN 37421
T: 423-286-6919
*Counsel for James Holland, Clearspan Components, Inc., and Rob Eason*

s/J. Scott McDearman
J. Scott McDearman TN BPR 012714 *pro hac vice*
GRANT, KONVALINKA & HARRISON P.C.
smcdearman@gkhpc.com
Republic Centre
633 Chestnut Street, Suite 900
Chattanooga TN, 37450
T: 423-756-8400
*Counsel for the Estate of Daniel N. Holland ex rel. Special Executor Marvin B. Speed*

s/Mayville La Rosa
Mayville La Rosa, *pro hac vice*
LAW OFFICE OF MAYVILLE LA ROSA, ESQ.
718 Sugar Maple Lane
Verona, WI 53593
T: (608) 800-7353
mlarosa@kfinnovations.com

Michael J. Bradford, TN BPR #22689
*Pro hac vice*
LUEDEKA NEELY, P.C.
900 South Gay Street, Suite 1504
P.O. Box 1871
Knoxville, TN 37901-1871
T: (865) 546-4305
mbradford@luedeka.com

*Counsel for Plaintiffs Qualtim, Inc., DRJ Engineering, LLC, Center for Building Innovation, LLC, Kirk Grundahl, Suzanne Grundahl, and Inspired Pursuits, LLC*

2

## CERTIFICATE OF SERVICE

    I hereby certify that on the 1ST day of May 2025, a copy of the foregoing Joint Motion for Entry of Agreed Protective Order was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's electronic filing system.

                                            s/Michael J. Bradford
                                            Michael J. Bradford
                                            *Counsel for Plaintiffs*