IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

INSPIRED PURSUITS, LLC,
QUALTIM, INC., CENTER FOR
BUILDING INNOVATION, LLC,
DRJ ENGINEERING, LLC, KIRK
GRUNDAHL, and SUZANNE GRUNDAHL,

    Plaintiffs,

v.

PARAGON COMPONENT SYSTEMS, LLC,
JOHN HOLLAND, JAMES HOLLAND,
CLEARSPAN COMPONENTS, LLC, ANDREW
EWIN, DAVID REED, SCOTT HOELSMA,
SETH DUNCAN, MICHAEL PITTS, AVERY
RADMACHER, NATHAN BIEREMA, JEREMY
BIEREMA, ROB EASON, and THE ESTATE OF
DANIEL HOLLAND EX REL. SPECIAL
EXECUTOR MARVIN B. SPEED,

    Defendants.

Case No. 25-CV-75

**JOINT MOTION FOR EXTENSION
OF RESPONSIVE PLEADING DEADLINE**

Plaintiffs, Inspired Pursuits, LLC, Qualtim, Inc., Center for Building Innovation, LLC, DRJ Engineering, LLC, Kirk Grundahl and Suzanne Grundahl, and Defendants, Paragon Component Systems, LLC, John Holland, James Holland, Clearspan Components, LLC, Andrew Ewin, David Reed, Scott Hoelsma, Seth Duncan, Michael Pitts, Avery Radmacher, Nathan Bierema, Jeremy Bierema, Rob Eason, and the Estate of Daniel Holland ex rel. Special Executor Marvin B. Speed, by their respective attorneys, hereby jointly move

the Court for an order extending the deadline to respond to Plaintiffs' Amended Complaint by two weeks, from May 9, 2025 to **May 23, 2025.**

WHEREFORE, the parties respectfully request that the Court grant this motion and extend Defendants' responsive pleading deadline to May 23, 2025.

Dated this 5th day of May, 2025.

**MAY LA ROSA**
*Counsel for Plaintiffs*

s/ May La Rosa
May La Rosa, SBN 1119613
mlarosa@kfinnovations.com
6300 Enterprise Lane
Madison, WI 53719
T: 608-800-7353

**LUEDEKA NEELY, P.C.**
*Counsel for Plaintiffs*

s/ Michael J. Bradford *admitted pro hac vice*
Michael J. Bradford
mbradford@luedeka.com
PO Box 1871
Knoxville, TN  37901
T:  865-546-4305

**GASS TUREK LLC**
*Counsel for Defendants Paragon Component Systems, LLC and John Holland*

s/ Tamar B. Kelber
Tamar B. Kelber, SBN 1101802
kelber@gassturek.com
Joshua S. Greenberg, SBN 1107959
greenberg@gassturek.com
241 North Broadway, Suite 300
Milwaukee, WI 53202
T: 414-223-3300    F: 414-224-6116

2

**MILLER & MARTIN PLLC**
*Counsel for Defendants Paragon Component Systems, LLC and John Holland*

<u>s/ *Stephen E. Kabakoff*</u>, *admitted pro hac vice*
Stephen E. Kabakoff, GA Bar No. 143164
stephen.kabakoff@millermartin.com
1180 W. Peachtree Street, NW, Suite 2100
Atlanta Georgia 30309
T: 404-962-6100

**MILLER & MARTIN PLLC**
*Counsel for Defendants Paragon Component Systems, LLC and John Holland*

<u>s/ *James T. Williams*</u>, *admitted pro hac vice*
James T. Williams, TN BPR 16341
james.williams@millermartin.com
Eric E. Steelman, TN BPR 38463 *admitted pro hac vice*
eric.steelman@millermartin.com
832 Georgia Avenue, Suite 1200
Chattanooga, TN 37402
T: 423-756-6600

**GEARHISER, PETERS ELLIOTT & CANNON, PLLC**
*Counsel for Defendants Andrew Ewin, David Reed, Scott Hoelsema, Seth Duncan, Michael Pitts, Avery Radmacher, Nathan Bierema, and Jeremy Bierema*

<u>s/ *Sam D. Elliott*</u>, *admitted pro hac vice*
Sam D. Elliott, TN BPR 009431
selliott@gearhiserpeters.com
320 McCallie Avenue
Chattanooga, Tennessee 37402
T: 423-756-5171    F: 423-266-1605

**WRIGHT, CORTESI & GILBREATH**
*Counsel for Defendants James Holland, Clearspan Components, Inc., and Rob Eason*

<u>s/ *Stephan R. Wright*</u>
Stephan R. Wright, TN BPR 031494

3

swright@wcglegal.com
2030 Hamilton Place Blvd., Suite 240
Chattanooga, TN 37421
T: 423-286-6919   F: 423-826-6929

**GRANT, KONVALINKA & HARRISON, P.C.**
*Counsel for the Estate of Daniel N. Holland ex rel. Special Executor Marvin B. Speed*

s/ J. Scott McDearman
J. Scott McDearman, TN BPR 012714
smcdearman@gkhpc.com
Republic Centre
633 Chestnut Street, Suite 900
Chattanooga TN, 37450
T: 423-756-8400   F: 423-756-6518

4