IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

INSPIRED PURSUITS, LLC, *et al*.

        Plaintiffs,

v.

PARAGON COMPONENT SYSTEMS, LLC, *et al.*,

        Defendants.

Case No. 3:25-cv-00075-wmc

**[PROPOSED] ORDER FOR DISMISSAL**

---

Having considered the Parties' Stipulation for Dismissal, this Court grants the Stipulation and orders that all claims against Defendants Andrew Ewin, David Reed, Scott Hoelsma, Seth Duncan, Michael Pitts, Avery Radmacher, Nathan Bierema, and Jeremy Bierema are dismissed without prejudice and each party shall bear its own costs and fees, reserving to defendants the rights provided by Rule 41(d), Fed. R. Civ. P.

.

**IT IS SO ORDERED.**


Dated: _____, 2025        _____
                                                                                  U.S. District Court Judge

| | |
|---|---|
| s/<u>Sam D. Elliott</u><br>Sam D. Elliott, TN BPR 009431, *pro hac vice*<br>GEARHISER, PETERS ELLIOTT &<br>CANNON, PLLC<br>selliott@gearhiserpeters.com<br>320 McCallie Avenue<br>Chattanooga, Tennessee 37402<br>T: 423-756-5171<br><br>*Counsel for Defendants Andrew Ewin, David Reed, Scott Hoelsma, Seth Duncan, Michael Pitts, Avery Radmacher, Nathan Bierema, and Jeremy Bierema* | s/<u>Michael J. Bradford</u><br>Michael J. Bradford, TN BPR #22689<br>*Pro hac vice*<br>LUEDEKA NEELY, P.C.<br>900 South Gay Street, Suite 1504<br>P.O. Box 1871<br>Knoxville, TN 37901-1871<br>T: (865) 546-4305<br>mbradford@luedeka.com<br><br>*Counsel for Plaintiffs Qualtim, Inc., DRJ Engineering, LLC, Center for Building Innovation, LLC, Kirk Grundahl, Suzanne Grundahl, and Inspired Pursuits, LLC* |

## CERTIFICATE OF SERVICE

     I hereby certify that on the 11th day of June 2025, a copy of the foregoing was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's electronic filing system.

                                                s/Michael J. Bradford
                                                Michael J. Bradford
                                                *Counsel for Plaintiffs*