UNITED STATES DISTRICT COURT
FOR THE
WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| Inspired Pursuits, LLC, et al<br><br>v.<br><br>Paragon Component Systems, LLC et al | Case No.: 25-CV-00075-WMC |

### MOTION FOR WITHDRAWAL OF COUNSEL

Undersigned counsel respectfully moves for leave to withdraw as attorney of record for all Plaintiffs in the above-captioned matter.

As grounds for this motion, undersigned counsel states that she has accepted other employment and will no longer be able to represent Plaintiffs in this matter. Withdrawal is not sought for purposes of delay.

Plaintiffs have been advised of counsel's intent to withdraw and of the need to obtain substitute counsel if they wish to continue with representation. Counsel has also provided Plaintiffs with copies of all pleadings and correspondence necessary for the protection of their interests.

WHEREFORE, undersigned counsel respectfully requests that the Court grant this motion for leave to withdraw as attorney of record for Plaintiffs **Inspired Pursuits, LLC, Qualtim, Inc., Center for Building Innovation, LLC, DRJ Engineering, LLC, Kirk Grundahl, and Suzanne Grundahl** and for such other relief as the Court deems just and proper.

**Dated:** September 2, 2025

UNITED STATES DISTRICT COURT
FOR THE
WESTERN DISTRICT OF WISCONSIN

Respectfully submitted,

Mayville La Rosa, WI Bar 1119613
718 Sugar Maple Ln.,
Verona, WI 53593
(608) 800-7353
mlarosaesq@gmail.com

*Attorney for Plaintiffs*

### Certificate of Service

I hereby certify that on September 2, 2025, I caused a true and correct copy of the foregoing Motion to Withdraw as Counsel to be served upon Plaintiffs Qualtim, Inc., Inspired Pursuits, LLC, Center for Building Innovations, LLC, DRJ Engineering, LLC, Kirk Grundahl, Suzanne Grundahl at kgrundahl@qualtim.com and sgrundahl@qualtim.com, and all counsel of record via the Court's CM/ECF system.

*/s/ Mayville La Rosa*

Mayville La Rosa