AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
### Western District of Wisconsin

| Inspired Pursuits LLC Et Al. | ) |  |
|---|---|---|
| *Plaintiff* | ) |  |
| v. | ) | Case No. 25-cv-75 |
| Paragon Component Systems LLC Et Al. | ) |  |
| *Defendant* | ) |  |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiffs: Qualtim, Inc., Center for Building Innovation, LLC., DrJ Engineering LLC., Inspired Pursuits LLC., and Suzanne Grundahl.

Date: 09-02-2025

*/s/ Scott G. Salemi*
*Attorney's signature*

Scott G. Salemi, 1118960
*Printed name and bar number*

33 East Main Street, Suite 500, Madison WI 53703
*Address*

ssalemi@murphydesmond.com
*E-mail address*

6082577181
*Telephone number*

6082572508
*FAX number*