UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WISCONSIN

---

Inspired Pursuits LLC, *et al.*,
                              Plaintiffs

v.                                                      Case No.: 3:25-cv-00075-wmc

Paragon Component Systems LLC, *et al.*,
                              Defendants

---

**NOTICE OF WITHDRAWAL OF MOTION**

     I, Kirk Grundahl ("Kirk"), pro se, hereby withdraw the Motion to Disqualify filed on November 5, 2025, without prejudice. Given the nature of the issues present, in the context of the two cases involved, and the presumed desire for integrity within the proceedings, this withdrawal is submitted with full reservation of the right to refile or otherwise pursue the relief sought therein at a later time as permitted by law.

     This withdrawal is made voluntarily and is not intended as a waiver of any rights, claims, or defenses available to Plaintiff in this matter or in any related proceeding.

Dated: November 17, 2025

Respectfully submitted,

*/s/ Kirk Grundahl*
Kirk Grundahl
1130 Fairway Court
Lake Mills, WI  53551
Ph.: 608-217-3713
kgrundahl@qualtim.com
*Defendant, pro se*