## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| INSPIRED PURSUITS, LLC )<br>QUALTIM, INC, CENTER FOR )<br>BUILDING INNOVATION, LLC )<br>DRJ ENGINEERING, LLC  KIRK )<br>GRUNDAHL, and SUZANNE )<br>GRUNDAHL, )<br>  )<br>       Plaintiffs,  )<br>  )<br>v.  )<br>  )<br>PARAGON COMPONENT SYSTEMS, )<br>LLC, JOHN HOLLAND, JAMES )<br>HOLLAND, CLEARSPAN )<br>COMPONENTS,INC., ANDREW EWIN, )<br>DAVID REED, SCOTT HOELSMA, )<br>SETH DUNCAN, MICHAEL PITTS, )<br>AVERY RADMACHER, NATHAN )<br>BIERMEMA, JEREMY BIEREMA, ROB )<br>EASON and THE ESTATE OF DANIEL )<br>HOLLAND EX REL. SPECIAL )<br>EXECUTOR MARVIN B. SPEED. )<br>  )<br>       Defendants.  ) | CIVIL CASE NO. 3:25-CV-00075 |

### MOTION TO WITHDRAW AS ATTORNEY OF RECORD

The undersigned counsel, James Scott McDearman, respectfully moves the Court for the entry of an Order allowing him to withdraw as Attorney of Record for The Estate of Daniel Holland ex rel Special Executor Marvin B. Speed. As grounds for this motion, Mr. McDearman asserts that he is retiring at the end of this month and will no longer be able to represent The Holland Estate and Mr. Speed in this case. Withdrawal is not sought for purposes of delay.

Mr. Speed has been advised of Mr. McDearman's pending withdrawal and that his colleague, April Elizabeth Hart Sawhill has made an appearance in this Court and will continue to represent The Estate's and Mr. Speed's interests in this case.

Wherefore, the undersigned counsel respectfully requests that the Court grant this motion for leave to withdraw as attorney of record for the Estate of Daniel Holland ex rel Marvin Speed, Special Executor.

Respectfully Submitted,

**GRANT, KONVALINKA, & HARRISON, P.C.**

By: */s/* James Scott McDearman
    James Scott McDearman (TN Bar #012174)
    April Hart Sawhill (TN Bar #039906)
    633 Chestnut Street, Suite 900
    Chattanooga, Tennessee 37450-0900
    Telephone: 423-756-8400
    Facsimile: 423-756-6518
    smcdearman@gkhpc.com
    asawhill@gkhpc.com

2

## CERTIFICATE OF SERVICE

I hereby certify that on the 18th December 2025, a copy of the foregoing was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's electronic filing system.

**GRANT, KONVALINKA, & HARRISON, P.C.**

By: /s/ James Scott McDearman
James Scott McDearman (TN Bar #012174)
April Hart Sawhill (TN Bar #039906)
633 Chestnut Street, Suite 900
Chattanooga, Tennessee 37450-0900
Telephone: 423-756-8400
Facsimile: 423-756-6518
smcdearman@gkhpc.com
asawhill@gkhpc.com