# Exhibit 2

| | |
|---|---|
| **From:** | Katie E. Kelly <KKelly@murphydesmond.com> |
| **Sent:** | Monday, December 22, 2025 2:40 PM |
| **To:** | Stephen Kabakoff |
| **Cc:** | Erin Steelman; James Williams; greenberg@gassturek.com; Tamar Kelber; swright@wcglegal.com; asawhill@gkhpc.com; smcdearman@gkhpc.com; Kirk Grundahl; Suzi Grundahl; Sonya Braunschweig; Tj Vita; Scott G. Salemi; Fiona T. Finger |
| **Subject:** | Proposed revised protective order - case 25-cv-75 Inspired Pursuits LLC et al v Paragon Component Systems LLC et al |
| **Attachments:** | Proposed Amended Protective Order - 25-cv-75.docx |

Attorney Kabakoff:

Good afternoon! Please see the attached proposed revised protective order for the above case. If you approve, we intend to modify in the same way the protective order in place in Case No. 25-cv-170, and we will prepare a draft stipulated Motion for your review.

Thank you,

**Katie Kelly  | Associate Attorney**
*she/her/hers*
**MURPHY DESMOND S.C.**
(608) 268-5591 P | (608) 257-2508 F
33 East Main Street, Suite 500 | Madison, WI 53703
**website** | **map** | **email**

  



CONFIDENTIALITY NOTICE: This electronic transmission (including any files attached hereto) contains information that is legally privileged, confidential, and exempt from disclosure. It is intended for use only by the individual or entity named above. If you are not the intended recipient or an employee or agent responsible for delivering this message to the intended recipient, you are hereby notified that any disclosure, dissemination, copying, distribution, or the taking of any action in reliance on the contents of this confidential information is strictly prohibited. If you have received this communication in error, please destroy it, remove it from your computer and/or network and immediately notify me by email. Thank you. Receipt by anyone other than the named recipient(s) is not a waiver of any attorney-client, work product or other applicable privilege, protection or doctrine.