# Exhibit 6

| | |
|---|---|
| **From:** | Scott G. Salemi <ssalemi@murphydesmond.com> |
| **Sent:** | Monday, January 5, 2026 2:06 PM |
| **To:** | Stephan Wright; asawhill@gkhpc.com; smcdearman@gkhpc.com; greenberg@gassturek.com |
| **Cc:** | Sonya Braunschweig; Stephen Kabakoff; Kirk Grundahl; Tj Vita; Tamar Kelber; paszkiewicz@gassturek.com; Fiona T. Finger; Erin Steelman; James Williams |
| **Subject:** | RE: Inspired Pursuits LLC et al. v. Paragon Component LLC et al. WDWI 25-cv-75 correspondence re Defendants discovery deficiencies |
| **Attachments:** | Ltr. to Kabakoff 12.31.25.pdf |

Attys Wright, Hart Sawhill, McDearman and Greenberg.

Please find electronically attached a copy of a deficiency letter to Miller & Martin counsel sent 12/31/25.

Thank you.

**Scott G. Salemi**
*he/him/his*
**MURPHY DESMOND S.C.**
(608) 268-5646 P | (608) 257-2508 F
33 East Main Street, Suite 500 | Madison, WI 53703
**website** | **map** | **email**



CONFIDENTIALITY NOTICE: This electronic transmission (including any files attached hereto) contains information that is legally privileged, confidential, and exempt from disclosure. It is intended for use only by the individual or entity named above. If you are not the intended recipient or an employee or agent responsible for delivering this message to the intended recipient, you are hereby notified that any disclosure, dissemination, copying, distribution, or the taking of any action in reliance on the contents of this confidential information is strictly prohibited. If you have received this communication in error, please destroy it, remove it from your computer and/or network and immediately notify me by email. Thank you. Receipt by anyone other than the named recipient(s) is not a waiver of any attorney-client, work product or other applicable privilege, protection or doctrine. As money is often at issue in matters we handle, this communication may directly or indirectly be considered an attempt to collect a debt.

**From:** Scott G. Salemi
**Sent:** Wednesday, December 31, 2025 12:56 PM
**To:** 'Stephen Kabakoff' <Stephen.Kabakoff@millermartin.com>; 'Erin Steelman' <Erin.Steelman@millermartin.com>; 'James Williams' <James.Williams@millermartin.com>
**Cc:** 'Sonya Braunschweig' <sbraunschweig@kfinnovations.com>; 'Kirk Grundahl' <kgrundahl@qualtim.com>; 'Tj Vita' <tvita@qualtim.com>; 'Tamar Kelber' <kelber@gassturek.com>; 'paszkiewicz@gassturek.com' <paszkiewicz@gassturek.com>; Fiona T. Finger <ffinger@murphydesmond.com>; Katie E. Kelly <KKelly@murphydesmond.com>
**Subject:** Inspired Pursuits LLC et al. v. Paragon Component LLC et al. WDWI 25-cv-75 correspondence re Defendants discovery deficiencies

Please see attached.

**Scott G. Salemi**
*he/him/his*
**MURPHY DESMOND S.C.**
(608) 268-5646 P | (608) 257-2508 F
33 East Main Street, Suite 500 | Madison, WI 53703
**website** | **map** | **email**

