# Exhibit 8

| | |
|---|---|
| **From:** | Scott G. Salemi <ssalemi@murphydesmond.com> |
| **Sent:** | Thursday, January 8, 2026 4:06 PM |
| **To:** | Stephen Kabakoff |
| **Cc:** | Erin Steelman; James Williams; greenberg@gassturek.com; Tamar Kelber; swright@wcglegal.com; asawhill@gkhpc.com; smcdearman@gkhpc.com; Kirk Grundahl; Suzi Grundahl; Sonya Braunschweig; Tj Vita; Fiona T. Finger |
| **Subject:** | Inspired Pursuits et al. v. Paragon et al. 25-cv-75; discovery demands |
| **Attachments:** | 260108 FINAL Interrogs to Paragon in '75 Case.pdf; 260108 FINAL RFPs to Paragon in '75 Case.pdf |

Counsel,

In light of Paragon's stated position that we lack standing to address discovery requests served by the pro se Plaintiff, we are today serving discovery requests on behalf of the represented Plaintiffs. As you would expect given Paragon's position, certain of these requests overlap with those previously served by the pro se Plaintiff, as they seek the same categories of documents relevant to our clients' claims.

As reflected in Paragon's' November 2025 discovery responses, Paragon represented that it possesses responsive documents but declined to produce them at that time based on their position regarding the pro se Plaintiff. With the service of these discovery requests by counsel for the represented Plaintiffs, there is no further basis to withhold production of documents responsive to overlapping requests. We therefore anticipate that responsive documents have already been identified and collected and can now be produced to us without delay.

Please confirm when we can expect production of documents responsive to the requests served today. We also request that you meet and confer with us promptly regarding the discovery requests and any remaining issues related to document production and the protective order.

**Scott G. Salemi**
*he/him/his*
**MURPHY DESMOND S.C.**
(608) 268-5646 P | (608) 257-2508 F
33 East Main Street, Suite 500 | Madison, WI 53703
**website** | **map** | **email**



CONFIDENTIALITY NOTICE: This electronic transmission (including any files attached hereto) contains information that is legally privileged, confidential, and exempt from disclosure. It is intended for use only by the individual or entity named above. If you are not the intended recipient or an employee or agent responsible for delivering this message to the intended recipient, you are hereby notified that any disclosure, dissemination, copying, distribution, or the taking of any action in reliance on the contents of this confidential information is strictly prohibited. If you have received this communication in error, please destroy it, remove it from your computer and/or network and immediately notify me by email. Thank you. Receipt by anyone other than the named recipient(s) is not a waiver of any attorney-client, work product or other applicable privilege, protection or doctrine. As money is often at issue in matters we handle, this communication may directly or indirectly be considered an attempt to collect a debt.