IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

INSPIRED PURSUITS, LLC,
QUALTIM, INC., CENTER FOR
BUILDING INNOVATION, LLC,
DRJ ENGINEERING, LLC, KIRK
GRUNDAHL, and SUZANNE
GRUNDAHL,

    Plaintiffs,

V.

PARAGON COMPONENT SYSTEMS, LLC,
JOHN HOLLAND, JAMES HOLLAND,
CLEARSPAN COMPONENTS, LLC,
ANDREW EWIN, DAVID REED, SCOTT
HOELSMA, SETH DUNCAN, MICHAEL
PITTS, AVERY RADMACHER, NATHAN
BIERMEMA, JEREMY BIEREMA, ROB
EASON, and THE ESTATE OF DANIEL
HOLLAND EX REL. SPECIAL
EXECUTOR MARVIN B. SPEED,

    Defendants.

Case No. 3:25-cv-0075-wmc

## MOTION TO SEAL

Pursuant to General L. R. 79(d) and the Stipulated Protective Order entered in this case (Dkt. 41-1), Defendant Paragon Component Systems, LLC respectfully moves the Court for leave to file its Supplemental Sur-Reply in Opposition to Motion to Remand and Exhibit A thereto under seal.

Paragon's Supplemental Sur-Reply Brief discusses a document that Plaintiffs Qualtim Inc., Center for Building Innovation, LLC, DrJ Engineering, LLC, Inspired Pursuits, LLC, Kirk Grundahl, and Suzanne Grundahl marked "Confidential" in the

1

related co-pending Case No. 3:25-cv-170; that document is attached to the Sur-Reply Brief as Exhibit A. Paragon makes this motion in order to comply with the Protective Order because it is based on statements made by Plaintiffs in discovery responses that Plaintiffs designated as Confidential (in their entirety). Paragon takes no position at this time regarding whether the Sur-Reply Brief and Exhibit A merit sealing.

Respectfully submitted this 29th day of January 2026.

**GASS TUREK LLC**

*Counsel for Defendants Paragon Component Systems, LLC and John Holland*

*s/ Tamar B. Kelber*
Tamar B. Kelber, SBN 1101802
kelber@gassturek.com
Joshua S. Greenberg, SBN 1107959
greenberg@gassturek.com
241 North Broadway, Suite 300
Milwaukee, WI 53202
T: 414-223-3300
F: 414-224-6116