IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

INSPIRED PURSUITS, LLC,
QUALTIM, INC., CENTER FOR
BUILDING INNOVATION, LLC,
DRJ ENGINEERING, LLC, KIRK
GRUNDAHL, and SUZANNE GRUNDAHL,

      Plaintiffs,

V.

PARAGON COMPONENT SYSTEMS, LLC,
JOHN HOLLAND, JAMES HOLLAND,
CLEARSPAN COMPONENTS, LLC, and
THE ESTATE OF DANIEL HOLLAND EX
REL. SPECIAL EXECUTOR MARVIN B.
SPEED,

      Defendants.

Case No. 3:25-cv-00075-wmc

---

**DEFENDANTS PARAGON COMPONENT SYSTEM, LLC
AND JOHN HOLLAND'S MOTION TO AMEND**

---

      Defendants Paragon Component System, LLC and John Holland submitted their Response to Plaintiffs' Motion for Entry of Amended Protective Order (Dkts. 79 and 75) on January 29, 2026.  Defendants requested that the Court enter the same protective order they proposed in the related action, *Paragon v. Qualtim et al.*, Case. No. 3:25-cv-170.  Defendants intended to attach their proposed Amended Protective Order as Exhibit A to the Response.

      After filing their Reponse, Defendants learned that they inadvertently omitted a provision from Exhibit A.  The attached proposed Amended Protective

1

Order includes the omitted provision as Paragraph 14. It is otherwise identical to the original Exhibit A.

Pursuant to Section III(F) of the Western District of Wisconsin Electronic Filing Procedures, defense counsel called the Clerk's Office Help Desk for direction. The Clerk's Office directed counsel to file this Motion to Amend. Accordingly, Defendants request to amend their Response (Dkt. 79) to substitute the attached proposed Amended Protective Order as Exhibit A to the Response.

Respectfully submitted this 3rd day of February, 2026.

**GASS TUREK LLC**

*Counsel for Defendants Paragon Component Systems, LLC and John Holland*

*s/ Tamar B. Kelber*
Tamar B. Kelber, SBN 1101802
kelber@gassturek.com
Joshua S. Greenberg, SBN 1107959
greenberg@gassturek.com
241 North Broadway, Suite 300
Milwaukee, WI 53202
T: 414-223-3300
F: 414-224-6116