UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN

INSPIRED PURSUITS, LLC, QUALTIM INC.,
CENTER FOR BUILDING INNOVATION, LLC,
DRJ ENGINEERING, LLC, KIRK H. GRUNDAHL,
and SUZANNE GRUNDAHL,

      Plaintiffs,

v.

PARAGON COMPONENT SYSTEMS, LLC,
JOHN HOLLAND, JAMES HOLLAND,
CLEARSPAN COMPONENTS, LLC, ROB EASON,
THE ESTES OF DANIEL HOLLAND ex rel
SPECIAL EXECUTOR MARVIN B. SPEED,

      Defendants.

Case No.: 25-CV-75

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Attorney Corey J, Swinick of Hinshaw & Culbertson LLP appears on behalf of Defendants, James Holland, Clearspan Components, Inc., and Rob Eason, in the above-entitled action and hereby demands that copies of all documents, notices, and pleadings in this action be served upon him at his office located at 790 N. Water Street, Suite 1950, Milwaukee, Wisconsin 53202, or via the Court's Electronic Case Filing ("CM/ECF") System.

Dated this 10th day of February, 2026.

        *s/ Corey J. Swinick*
        Corey J. Swinick
        State Bar No.: 1097530
        Attorneys for Defendants, James Holland,
        Clearspan Components, Inc., and Rob Eason
        HINSHAW & CULBERTSON LLP
        790 N. Water Street, Suite 1950
        Milwaukee, WI 53202
        Phone: 414-276-6464
        cswinick@hinshawlaw.com