UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN

INSPIRED PURSUITS, LLC, QUALTIM INC.,
CENTER FOR BUILDING INNOVATION, LLC,
DRJ ENGINEERING, LLC, KIRK H. GRUNDAHL,
and SUZANNE GRUNDAHL,

      Plaintiffs,

v.

PARAGON COMPONENT SYSTEMS, LLC,
JOHN HOLLAND, JAMES HOLLAND,
CLEARSPAN COMPONENTS, LLC, ROB EASON,
THE ESTES OF DANIEL HOLLAND ex rel
SPECIAL EXECUTOR MARVIN B. SPEED,

      Defendants.

Case No.: 25-CV-75

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Attorney Brian Zeeck of Hinshaw & Culbertson LLP appears on behalf of Defendants, James Holland, Clearspan Components, Inc., and Rob Eason, in the above-entitled action and hereby demands that copies of all documents, notices, and pleadings in this action be served upon him at his office located at 151 N. Franklin Street, Suite 2500, Chicago, Illinois 60606, or via the Court's Electronic Case Filing ("CM/ECF") System.

Dated this 10th day of February, 2026.

                      *s/ Brian Zeeck*
                      Brian Zeeck
                      Attorneys for Defendants, James Holland,
                      Clearspan Components, Inc., and Rob Eason
                      HINSHAW & CULBERTSON LLP
                      151 N. Franklin Street, Suite 2500
                      Chicago, IL 60606
                      Phone: 312-704-3028
                      bzeeck@hinshawlaw.com