IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| INSPIRED PURSUITS, LLC, QUALTIM, INC., CENTER FOR BUILDING INNOVATION, LLC, DRJ ENGINEERING, LLC, KIRK GRUNDAHL, and SUZANNE GRUNDAHL,<br><br>　　　　Plaintiffs,<br><br>v.<br><br>PARAGON COMPONENT SYSTEMS, LLC, JOHN HOLLAND, JAMES HOLLAND, CLEARSPAN COMPONENTS, LLC, ANDREW EWIN, DAVID REED, SCOTT HOELSMA, SETH DUNCAN, MICHAEL PITTS, AVERY RADMACHER, NATHAN BIEREMA, JEREMY BIEREMA, ROB EASON, and THE ESTATE OF DANIEL HOLLAND EX REL. SPECIAL EXECUTOR MARVIN B. SPEED.,<br><br>　　　　Defendants. | Case No.:  3:25-CV-00075 |

### DEFENDANTS JAMES HOLLAND'S AND ROB EASON'S
### MOTION FOR LEAVE TO FILE REPLY IN SUPPORT OF THEIR MOTION TO STAY DISCOVERY

NOW COME Defendants James Holland and Rob Eason (collectively "Defendants Holland and Eason"), through their undersigned counsel, Hinshaw & Culbertson LLP, for their Motion for Leave to File Their Reply in Support of their Motion to Stay Discovery (Dkt. #86), state as follows:

　　　　1.　　On February 23, 2026, Defendants Holland and Eason filed their Motion to Stay Discovery, asking this Court to stay any discovery as to Defendants Holland and Eason only until such time as the Court rules on their Motion to Dismiss raising personal jurisdiction arguments.

2. On February 26, 2026, Plaintiffs filed their Response in Opposition to the Motion to Stay (Dkt. #87), 10 pages in length, raising multiple arguments in response which are distinguishable from the present action, and making factual assertions via declaration which warrant response.

3. Defendants Holland and Eason respectfully ask this Court for leave to file their Reply in Support of Their Motion to Stay, which reply is attached hereto as **Exhibit A**, in order to fully address the various arguments and factual assertions raised in Plaintiffs' Response.

4. Defendants Holland and Eason believe that, under the circumstances, the Court would benefit from a reply brief to clarify and correct the record and assist the Court in making its ruling on the Motion to Stay Discovery.

5. Defendants Holland and Eason respectfully request that the Court exercise its discretion and grant Defendants Holland and Eason leave to file the attached Reply in Support of their Motion to Stay Discovery.

WHEREFORE, Defendants James Holland and Defendant Rob Eason respectfully request that this Court enter an order granting them leave to file their Reply in Support of their Motion to Stay Discovery attached hereto as **Exhibit A**, and for such further relief as this Court deems just.

Dated: March 3, 2026

                                                *s/ Brian Zeeck*
                                               Attorneys for Defendants James Holland, Clearspan Components, Inc. and Rob Eason

Brian R. Zeeck (ARDC: 6298798)
Liam McGing (ARDC:  6342393)
HINSHAW & CULBERTSON LLP
151 N. Franklin Street, Suite 2500
Chicago, IL 60606
Phone:  312-704-3028
bzeeck@hinshawlaw.com
lmcging@hinshawlaw.com

Corey J. Swinick
State Bar No.: 1097530
HINSHAW & CULBERTSON LLP
790 N. Water Street, Suite 1950
Milwaukee, WI 53202
Phone:  414-276-6464
cswinick@hinshawlaw.com

Stephan R. Wright, TN BPR 031494
2030 Hamilton Place Blvd., Suite 240
Chattanooga, TN 37421
Telephone: 423-826-6919
Facsimile:  423-826-6929
swright@wcglegal.com

3