UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WISCONSIN

---

INSPIRED PURSUITS, LLC, QUALTIM, INC.,
CENTER FOR BUILDING INNOVATION, LLC,
DRJ ENGINEERING, LLC, KIRK GRUNDAHL,
and SUZANNE GRUNDAHL,

            Plaintiffs,

v.

PARAGON COMPONENT SYSTEMS, LLC,
JOHN HOLLAND, JAMES HOLLAND,
CLEARSPAN COMPONENTS, INC.,
ROB EASON, and THE ESTATE OF DANIEL
HOLLAND EX REL. SPECIAL EXECUTOR
MARVIN B. SPEED,

            Defendants.

Case No. 3:25-cv-00075-wmc

---

## PLAINTIFFS' MOTION TO COMPEL SOURCE CODE REPOSITORY

---

Plaintiffs respectfully move, under Federal Rules of Civil Procedure 26, 34, and 37, for an order compelling Defendant Paragon Component Systems, LLC to permit inspection of the Paragon Truss Software source code repository under ¶ 14 of the Agreed Protective Order.

The repository and its version history are central to determining whether Plaintiffs' engineering contributions were incorporated into, and continue to operate within, the Paragon Truss Software. Accordingly, inspection of the repository is directly relevant and proportional to the needs of the case under Rule 26(b)(1). To the extent Paragon insists that Plaintiffs have to first identify specific portions of the source code repository before inspection can occur that would improperly shift the burden to Defendants, contrary to the obligations imposed by Rule 34. Rule 37 therefore authorizes the Court to compel the requested inspection.

Plaintiffs request an order requiring Paragon to make the repository available for inspection consistent with the Protective Order and to provide inspection dates within five business days of the Court's order.

The parties conferred in good faith and were unable to resolve this dispute.

Plaintiffs submit the accompanying memorandum in support of this motion.

Dated this 5th day of March, 2026.

**MURPHY DESMOND S.C.**
Attorneys for Qualtim, Inc., Center for Building Innovation, LLC, DrJ Engineering, LLC, Inspired Pursuits, LLC, and Suzanne Grundahl.

Electronically Signed By: */s/ Scott G. Salemi*
        Scott G. Salemi
        State Bar Number: 1118960
        33 East Main Street, Suite 500
        Madison, WI 53701-2038
        Phone: (608) 257-7181
        Fax: (608) 257-2508
        ssalemi@murphydesmond.com

**KIRK GRUNDAHL**
Pro Se Plaintiff

Electronically Signed By: */s/ Kirk Grundahl*
        Kirk Grundahl
        1130 Fairway Court
        Lake Mills, WI 53551
        Phone: 608-217-3713
        kgrundahl@qualtim.com