UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WISCONSIN

INSPIRED PURSUITS, LLC, QUALTIM, INC.,
CENTER FOR BUILDING INNOVATION, LLC,
DRJ ENGINEERING, LLC, KIRK GRUNDAHL,
and SUZANNE GRUNDAHL,

        Plaintiffs,

v.          Case No. 3:25-cv-00075-wmc

PARAGON COMPONENT SYSTEMS, LLC,
JOHN HOLLAND, JAMES HOLLAND,
CLEARSPAN COMPONENTS, INC.,
ROB EASON, and THE ESTATE OF DANIEL
HOLLAND EX REL. SPECIAL EXECUTOR
MARVIN B. SPEED,

        Defendants.

**PLAINTIFFS' MOTION TO CONSOLIDATE RELATED ACTIONS
UNDER FED. R. CIV. P. 42(a)**

Plaintiffs respectfully move under Federal Rule of Civil Procedure 42(a) to consolidate this action with *Paragon Component Systems, LLC v. Qualtim, Inc., et al.*, Case No. 25-cv-170-wmc (the "'170 action"), and to designate this action, Case No. 3:25-cv-00075-wmc (the "'75 action"), as the lead case.

Both cases are pending before this Court. They arise from a long-term business relationship and alleged joint venture involving overlapping development and use of the Paragon Truss Software and the events surrounding the enterprise's termination in 2024. The matters now proceed on closely aligned schedules, with coordinated discovery and party-modified expert deadlines.

Consolidation will promote judicial economy, avoid duplicative discovery and summary judgment proceedings, and reduce the risk of inconsistent rulings concerning authorship, ownership, and the parties' respective rights in the software and related intellectual property. Consolidation will not merge the actions or alter their distinct legal standards but will permit coordinated management of overlapping factual issues.

On March 3, 2026, undersigned counsel notified all parties of Plaintiffs' intent to file this Motion to Consolidate and requested Defendants' positions by the end of the day. Counsel subsequently extended the deadline for responses to Thursday, March 5, 2026. As of the time of filing this Motion on March 6, 2026, no Defendant has provided a response stating their position. Accordingly, Plaintiffs file this Motion without the benefit of Defendants' positions.

Plaintiffs submit the accompanying memorandum in support of this motion.

Dated this 6th day of March, 2026.

        **MURPHY DESMOND S.C.**
        Attorneys for Qualtim, Inc., Center for Building Innovation, LLC, DrJ Engineering, LLC, Inspired Pursuits, LLC, and Suzanne Grundahl.

Electronically Signed By: */s/ Scott G. Salemi*
    Scott G. Salemi
    State Bar Number: 1118960
    33 East Main Street, Suite 500
    Madison, WI 53701-2038
    Phone: (608) 257-7181
    Fax: (608) 257-2508
    ssalemi@murphydesmond.com

        **KIRK GRUNDAHL**
        Pro Se Plaintiff

Electronically Signed By: */s/ Kirk Grundahl*
    Kirk Grundahl
    1130 Fairway Court
    Lake Mills, WI 53551
    Phone: 608-217-3713
    kgrundahl@qualtim.com