UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WISCONSIN

---

INSPIRED PURSUITS, LLC, QUALTIM, INC.,
CENTER FOR BUILDING INNOVATION, LLC,
DRJ ENGINEERING, LLC, KIRK GRUNDAHL,
and SUZANNE GRUNDAHL,

                Plaintiffs,

v.                                            Case No. 3:25-cv-00075-wmc

PARAGON COMPONENT SYSTEMS, LLC,
JOHN HOLLAND, JAMES HOLLAND,
CLEARSPAN COMPONENTS, INC.,
ROB EASON, and THE ESTATE OF DANIEL
HOLLAND EX REL. SPECIAL EXECUTOR
MARVIN B. SPEED,

                Defendants.

---

**PLAINTIFFS' NOTICE OF WITHDRAWAL OF MOTION TO REMAND (ECF #21)**

---

       PLEASE TAKE NOTICE that Plaintiffs hereby withdraw their Motion to Remand to State Court (ECF #21).

       In light of Plaintiffs' Motion to Consolidate Related Actions under Fed. R. Civ. P. 42(a), and in the interest of promoting coordinated case management and procedural efficiency, Plaintiffs have determined that withdrawal of the Motion to Remand is appropriate at this time.

       This withdrawal is made without prejudice to Plaintiffs' jurisdictional arguments and is not intended as a waiver of any position previously asserted.

Dated this 6th day of March, 2026.

        **MURPHY DESMOND S.C.**
Attorneys for Qualtim, Inc., Center for Building Innovation, LLC, DrJ Engineering, LLC, Inspired Pursuits, LLC, and Suzanne Grundahl.

Electronically Signed By: */s/ Scott G. Salemi*
    Scott G. Salemi
    State Bar Number: 1118960
    33 East Main Street, Suite 500
    Madison, WI 53701-2038
    Phone: (608) 257-7181
    Fax: (608) 257-2508
    ssalemi@murphydesmond.com

**KIRK GRUNDAHL**
Pro Se Plaintiff

Electronically Signed By: */s/ Kirk Grundahl*
    Kirk Grundahl
    1130 Fairway Court
    Lake Mills, WI 53551
    Phone: 608-217-3713
    kgrundahl@qualtim.com