**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF WISCONSIN**

INSPIRED PURSUITS, LLC, LLC, *et al.*,　　　)
　　　　　　　　　　　　　　　　　　　　)
　　　　　　　　　　　　　　　　　　　　)
　　　　　Plaintiffs,　　　　　　　　　　)
　　　　　　　　　　　　　　　　　　　　)
v.　　　　　　　　　　　　　　　　　　　)　Case No.: 3:25-cv-0075-wmc
　　　　　　　　　　　　　　　　　　　　)
PARAGON COMPONENT SYSTEMS, LLC,　　)
*et al.*,　　　　　　　　　　　　　　　　)
　　　　　　　　　　　　　　　　　　　　)
　　　　　Defendants.　　　　　　　　　　)
　　　　　　　　　　　　　　　　　　　　)

## NOTICE OF WITHDRAWAL OF COUNSEL

PLEASE TAKE NOTICE that attorney Michael J. Bradford hereby withdraws his appearance as attorney in this matter for all plaintiffs.

Dated this 17th day of March, 2026.

Respectfully submitted,

LUEDEKA NEELY, P.C.

By: s/Michael J. Bradford
　　　Michael J. Bradford
　　　P. O. Box 1871
　　　Knoxville, TN  37901
　　　Tel: 865-546-4305
　　　Email: MBradford@Luedeka.com

**CERTIFICATE OF SERVICE**

I hereby certify that on the 17th day of March, 2026, a copy of the foregoing was filed electronically.  Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt.  Parties may access this filing through the Court's electronic filing system.

s/Michael J. Bradford
Michael J. Bradford