**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN**

---

INSPIRED PURSUITS, LLC,
QUALTIM, INC., CENTER FOR
BUILDING INNOVATION, LLC,
DRJ ENGINEERING, LLC, KIRK
GRUNDAHL, and SUZANNE GRUNDAHL,

       Plaintiffs,

  V.

PARAGON COMPONENT SYSTEMS, LLC,
JOHN HOLLAND, JAMES HOLLAND,
CLEARSPAN COMPONENTS, LLC, and
THE ESTATE OF DANIEL HOLLAND EX
REL. SPECIAL EXECUTOR MARVIN B.
SPEED,

       Defendants.

Case No. 3:25-cv-00075-wmc

---

**DECLARATION OF STEPHEN KABAKOFF IN SUPPORT OF PARAGON
COMPONENT SYSTEM, LLC AND JOHN HOLLAND'S BRIEF IN OPPOSITION TO
PLAINTIFFS' MOTION TO COMPEL SOURCE CODE**

---

Stephen Kabakoff declares as follows:

1.    My name is Stephen Kabakoff. I am a competent adult over the age of 21. I am an attorney with Miller & Martin PLLC representing Defendants Paragon Component Systems, LLC and John Holland ("Paragon") in this lawsuit, and I have personal knowledge of the matters stated in this declaration.

2.    Attached hereto as <u>Exhibit 1</u> is a true and correct copy of a March 9, 2026 letter from Kirk Grundahl to me, James Williams and Erin Steelman.

1

I declare under penalty of perjury that the foregoing is true and correct. Executed on March 18, 2026, within the United States.

*s/ Stephen Kabakoff*

Stephen Kabakoff