# Exhibit A

| | |
|---|---|
| **From:** | Katie E. Kelly <KKelly@murphydesmond.com> |
| **Sent:** | Thursday, March 12, 2026 10:07 AM |
| **To:** | Scott G. Salemi; Stephen Kabakoff; James Williams |
| **Cc:** | Erin Steelman; greenberg@gassturek.com; Tamar Kelber; Fiona T. Finger; bzeeck@hinshawlaw.com; cswinick@hinshawlaw.com; Sonya Braunschweig; Stephan Wright; Tj Vita; Suzi Grundahl; Kirk Grundahl; April Sawhill |
| **Subject:** | RE: Inspired Pursuits LLC et al. v. Paragon Component Systems LLC et al. 25-cv-75 and Paragon v. Qualtim, Inc., et al. 25-cv-170; re motion to compel and source code expert |

Good morning, counsel, I'm writing to follow up on the below request for an extension regarding the expert disclosures for the source code, which are currently due March 27. Please advise whether Paragon agrees to the 30-day extension.

**Katie Kelly  | Associate Attorney**
*she/her/hers*
**MURPHY DESMOND S.C.**
(608) 268-5591 P | (608) 257-2508 F
33 East Main Street, Suite 500 | Madison, WI 53703
**website** | **map** | **email**



  

CONFIDENTIALITY NOTICE: This electronic transmission (including any files attached hereto) contains information that is legally privileged, confidential, and exempt from disclosure. It is intended for use only by the individual or entity named above. If you are not the intended recipient or an employee or agent responsible for delivering this message to the intended recipient, you are hereby notified that any disclosure, dissemination, copying, distribution, or the taking of any action in reliance on the contents of this confidential information is strictly prohibited. If you have received this communication in error, please destroy it, remove it from your computer and/or network and immediately notify me by email. Thank you. Receipt by anyone other than the named recipient(s) is not a waiver of any attorney-client, work product or other applicable privilege, protection or doctrine.

**From:** Scott G. Salemi
**Sent:** Friday, March 6, 2026 11:04 AM
**To:** 'Stephen Kabakoff' <Stephen.Kabakoff@millermartin.com>; 'James Williams' <James.Williams@millermartin.com>
**Cc:** 'Erin Steelman' <Erin.Steelman@millermartin.com>; 'greenberg@gassturek.com' <greenberg@gassturek.com>; 'Tamar Kelber' <kelber@gassturek.com>; Fiona T. Finger <ffinger@murphydesmond.com>; 'bzeeck@hinshawlaw.com' <bzeeck@hinshawlaw.com>; 'cswinick@hinshawlaw.com' <cswinick@hinshawlaw.com>; 'Sonya Braunschweig' <sbraunschweig@kfinnovations.com>; 'Stephan Wright' <swright@wcglegal.com>; 'Tj Vita' <tvita@qualtim.com>; 'Suzi Grundahl' <sgrundahl@qualtim.com>; Katie E. Kelly <KKelly@murphydesmond.com>; 'Kirk Grundahl' <kgrundahl@qualtim.com>; 'April Sawhill' <asawhill@gkhpc.com>
**Subject:** Inspired Pursuits LLC et al. v. Paragon Component Systems LLC et al. 25-cv-75 and Paragon v. Qualtim, Inc., et al. 25-cv-170; re motion to compel and source code expert

Counsel,

As you know, Defendants in the '170 action, and as Plaintiffs in the '75 action, filed motions to compel production of Paragon's source code repository this week. Expert disclosures are currently due on March 27. Because the Court has not yet ruled on the motions to compel and the source code has not been produced, the source code expert cannot reasonably complete an analysis and prepare meaningful expert reports by the current deadline.

Accordingly, we request that Paragon agree to extend the deadline for the source code expert disclosures in both cases until 30 days after the Court resolves the motions to compel and the source code is inspected.

Please let us know by **March 11, 2026** whether Paragon will agree to this extension. If not, Plaintiffs will seek relief from the Court.

**Scott G. Salemi**
*he/him/his*
**MURPHY DESMOND S.C.**
(608) 268-5646 P | (608) 257-2508 F
33 East Main Street, Suite 500 | Madison, WI 53703
**website** | **map** | **email**



CONFIDENTIALITY NOTICE: This electronic transmission (including any files attached hereto) contains information that is legally privileged, confidential, and exempt from disclosure. It is intended for use only by the individual or entity named above. If you are not the intended recipient or an employee or agent responsible for delivering this message to the intended recipient, you are hereby notified that any disclosure, dissemination, copying, distribution, or the taking of any action in reliance on the contents of this confidential information is strictly prohibited. If you have received this communication in error, please destroy it, remove it from your computer and/or network and immediately notify me by email. Thank you. Receipt by anyone other than the named recipient(s) is not a waiver of any attorney-client, work product or other applicable privilege, protection or doctrine. As money is often at issue in matters we handle, this communication may directly or indirectly be considered an attempt to collect a debt.

2