# Exhibit C

| | |
|---|---|
| **From:** | James Williams <James.Williams@millermartin.com> |
| **Sent:** | Tuesday, March 17, 2026 2:44 PM |
| **To:** | Katie E. Kelly; Erin Steelman; Stephan Wright |
| **Cc:** | Stephen Kabakoff; Tamar Kelber; Scott G. Salemi; Tj Vita; Suzi Grundahl; greenberg@gassturek.com; Fiona T. Finger; bzeeck@hinshawlaw.com; cswinick@hinshawlaw.com; Sonya Braunschweig; Kirk Grundahl; April Sawhill |
| **Subject:** | RE: 25-cv-75 and 25-cv-170 - Qualtim et al. v. Paragon et. al. - follow-up regarding expert disclosures |

Katie, Scott:

Regarding your email below, we respond as follows:

1. As you know, Paragon has agreed to extend the expert disclosure deadline in the '170 case to April 13th.  Paragon does not object to a similar extension in the '075 case.  That said, we fail to understand your insistence that Paragon's ability to depose DrJ employees Mr. Heise and Mr. Helmueller, which are noticed for March 25th and 26th ***only in the '170 case***, is conditioned on Clearspan's and the Holland Estate's agreement to extending the expert disclosure deadline in the '075 case.  These two depositions have nothing to do with the Holland Estate or Clearspan, neither of whom are parties in the '170 case and therefore would not be attending these depositions.  Obviously, based on your and Mr. Grundahl's prior representations, ***Mr. Salemi and the witnesses are clearly available on March 25th and 26th***, and therefore any attempt to prevent these noticed depositions from going forward is wholly improper and will otherwise require that your clients and the witnesses obtain relief from the Court.

2. Paragon has consented to your requests to extend the expert deadlines to April 13th. Paragon has also made an offer regarding production/inspection of the source code. We are reviewing the response you provided this afternoon.   Are you now proposing (for the first time) that the source code expert disclosure deadline be something different from the general expert deadline?   Please advise.

Regards,

James

**James T. Williams**

**d** (423) 785-8244
**f** (423) 321-1576
Volunteer Building Suite 1200 | 832 Georgia Avenue | Chattanooga, TN 37402



**CONFIDENTIALITY NOTICE**
The information contained in this e-mail message is legally privileged and confidential, and is intended only for the use of the addressee. If you are not the intended recipient, please be aware that any dissemination, distribution or copy of this e-mail is prohibited. If you have received this e-mail in error, please immediately notify us by reply e-mail and delete this message and any attachments. Thank you.

**From:** Katie E. Kelly <KKelly@murphydesmond.com>
**Sent:** Tuesday, March 17, 2026 9:50 AM

**To:** Erin Steelman <Erin.Steelman@millermartin.com>; James Williams <James.Williams@millermartin.com>; Stephan Wright <swright@wcglegal.com>
**Cc:** Stephen Kabakoff <Stephen.Kabakoff@millermartin.com>; claire.langford@millermartin.com; Tamar Kelber <kelber@gassturek.com>; Scott G. Salemi <ssalemi@murphydesmond.com>; Tj Vita <tvita@qualtim.com>; Suzi Grundahl <sgrundahl@qualtim.com>; greenberg@gassturek.com; Fiona T. Finger <ffinger@murphydesmond.com>; bzeeck@hinshawlaw.com; cswinick@hinshawlaw.com; Sonya Braunschweig <sbraunschweig@kfinnovations.com>; Kirk Grundahl <kgrundahl@qualtim.com>; April Sawhill <asawhill@gkhpc.com>
**Subject:** 25-cv-75 and 25-cv-170 - Qualtim et al. v. Paragon et. al. - follow-up regarding expert disclosures

> **CAUTION:** This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

The below is being sent on behalf of Scott:

Counsel,

I write to follow up on two outstanding items requiring prompt attention from all parties in the '75 and '170 actions.

**1. Expert Disclosure Deadline in Both Cases**

The March 25 and 26 deposition dates in '170 were expressly conditioned on agreement to extend the expert disclosure deadline to April 13, 2026 in both the '170 and '75 actions. We have not received confirmation from all parties in the '75 action. Absent agreement in both cases, there is no agreement to extend the deadline in either case, and the March deposition dates in '170 cannot proceed as proposed.

**2. Source Code Expert Disclosure in Both Cases**

We have requested on multiple occasions that the source code expert disclosure deadline be set at 30 days from the date of actual inspection. We have received no response.

**Please confirm your agreement on both matters by end of day March 17, 2026**. Absent confirmation, we will have no choice but to raise both issues with the Court.

**Katie Kelly  | Associate Attorney**
*she/her/hers*
**MURPHY DESMOND S.C.**
(608) 268-5591 P | (608) 257-2508 F
33 East Main Street, Suite 500 | Madison, WI 53703
**website** | **map** | **email**



  

CONFIDENTIALITY NOTICE: This electronic transmission (including any files attached hereto) contains information that is legally privileged, confidential, and exempt from disclosure. It is intended for use only by the individual or entity named above. If you are not the intended recipient or an employee or agent responsible for delivering this message to the intended recipient, you are hereby notified that any disclosure, dissemination, copying, distribution, or the taking of any action in reliance on the contents of this confidential information is strictly prohibited. If you have received this communication in error, please destroy it, remove it from your computer and/or network and immediately notify me by email. Thank you. Receipt by anyone other than the named recipient(s) is not a waiver of any attorney-client, work product or other applicable privilege, protection or doctrine.