**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF WISCONSIN**

---

INSPIRED PURSUITS, LLC, QUALTIM, INC.,
CENTER FOR BUILDING INNOVATION, LLC,
DRJ ENGINEERING, LLC, KIRK GRUNDAHL,
and SUZANNE GRUNDAHL,

        Plaintiffs,

  V.

        Case No. 3:25-cv-00075-wmc

PARAGON COMPONENT SYSTEMS, LLC,
JOHN HOLLAND, JAMES HOLLAND,
CLEARSPAN COMPONENTS, LLC, and THE
ESTATE OF DANIEL HOLLAND EX REL.
SPECIAL EXECUTOR MARVIN B. SPEED,

        Defendants.

---

**JOINT MOTION FOR ENTRY OF AMENDED AGREED PROTECTIVE ORDER**

Plaintiffs Inspired Pursuits, LLC, Qualtim, Inc., Center for Building Innovation, LLC, DrJ Engineering, LLC, Kirk Grundahl, and Suzanne Grundahl, and all Defendants Paragon Component Systems, LLC, John Holland, James Holland, Clearspan Components, LLC, and the Estate of Daniel Holland ex rel. Special Executor Marvin B. Speed, by and through their undersigned counsel and pursuant to Federal Rule of Civil Procedure 26(c) and the Court's directives during the March 24, 2026 motion hearing, respectfully move this Court for entry of the proposed Amended Agreed Protective Order attached as **Exhibit A**.

As grounds, the Parties submit that certain information produced during pretrial discovery in this action may be of a confidential and private nature.  Consistent with the Court's directive during the March 24, 2026 motion hearing, the Parties have conferred and agreed upon the terms of the Amended Agreed Protective Order in order to facilitate the discovery process.  Accordingly,

the Parties respectfully request that the Court enter the Amended Agreed Protective Order attached

as **Exhibit A**.


Respectfully submitted, this 7th day of April, 2026.


| | |
|---|---|
| */s/ Scott G. Salemi* | */s/ Kirk Grundahl* |
| Scott G. Salemi *(with express permission)* | Kirk Grundahl *(with express permission)* |
| State Bar Number: 1118960 | *Pro Se* |
| MURPHY DESMOND, S.C. | 1130 Fairway Court |
| 33 East Main Street, Suite 500 | Lake Mills, WI 53551 |
| Madison, WI 53701-2038 | Phone: (608) 217-3713 |
| Phone: (608) 257-7181 | kgrundahl@qualtim.com |
| ssalemi@murphydesmond.com | |
| *Attorneys for Plaintiffs Inspired Pursuits, LLC, Qualtim, Inc., Center for Building Innovation, LLC, DrJ Engineering, LLC, and Suzanne Grundahl* | |

| | |
|---|---|
| */s/ Erin E. Steelman* | */s/ Brian R. Zeeck* |
| Tamar B. Kelber | Brian R. Zeeck *(with express permission)* |
| State Bar No. 1101802 | ARDC: 6298798 |
| Joshua S. Greenberg | Liam McGing |
| State Bar No. 1107959 | ARDC: 6342393 |
| GASS TUREK, LLC | HINSHAW & CULBERTSON LLP |
| 241 North Broadway, Suite 300 | 151 N. Frankling Street, Suite 2500 |
| Milwaukee, WI 53202 | Chicago, IL 60606 |
| Phone: (414) 223-3300 | Phone: (312) 704-3028 |
| kelber@gassturek.com | bzeeck@hinshawlaw.com |
| greenberg@gassturek.com | lmcging@hinshawlaw.com |
| | |
| Stephen E. Kabakoff | Corey J. Swinick |
| GA Bar No. 143164 | State Bar No: 1097530 |
| *appearing pro hac vice* | HINSHAW & CULBERTSON LLP |
| MILLER & MARTIN PLLC | 790 N. Water Street, Suite 1950 |
| 1180 W. Peachtree Street NW, Suite 2100 | Milwaukee, WI 53202 |
| Atlanta, GA 30309 | Phone: (414) 276-6464 |
| Phone: (404) 962-6100 | cswinick@hinshawlaw.com |
| Stephen.Kabakoff@millermartin.com | |
| | |
| James T. Williams | Stephan R. Wright |
| TN Bar No. 164341 | TN Bar No: 031494 |
| *appearing pro hac vice* | WRIGHT, CORTESI & GILBREATH |

Erin E. Steelman
TN Bar No. 38463
*appearing pro hac vice*
MILLER & MARTIN PLLC
832 Georgia Avenue, Suite 1200
Chattanooga, TN 37402
Phone: (423) 756-6600
James.Williams@millermartin.com
Erin.Steelman@millermartin.com
*Attorneys for Defendants Paragon*
*Component Systems, LLC and John Holland*

2030 Hamilton Place Blvd., Suite 240
Chattanooga, TN 37421
Phone: (423) 826-6919
swright@wcglegal.com

*Attorneys for Defendants James Holland,*
*Clearspan Components, Inc., and Rob*
*Eason*

/s/ April H. Sawhill
April H. Sawhill *(with express permission)*
TN Bar No: 039906
C. Michelle Allsup
TN Bar No: 039318
GRANT, KONVALINKA &
HARRISON, P.C.
633 Chestnut Street, Suite 900
Chattanooga, TN 37450
Phone: (423) 756-8400
asawhill@gkhpc.com
callsup@gkhpc.com
*Attorneys for the Estate of Daniel Holland ex*
*rel. Special Executor Marvin B. Speed*

3