IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

INSPIRED PURSUITS, LLC,
QUALTIM, INC., CENTER FOR
BUILDING INNOVATION, LLC,
DRJ ENGINEERING, LLC, KIRK
GRUNDAHL, and SUZANNE
GRUNDAHL,

        Plaintiffs,

v.

PARAGON COMPONENT SYSTEMS, LLC,
JOHN HOLLAND, JAMES HOLLAND,
CLEARSPAN COMPONENTS, LLC,
ANDREW EWIN, DAVID REED, SCOTT
HOELSMA, SETH DUNCAN, MICHAEL
PITTS, AVERY RADMACHER, NATHAN
BIEREMA, JEREMY BIEREMA, ROB
EASON, and THE ESTATE OF DANIEL
HOLLAND EX REL. SPECIAL EXECUTOR
MARVIN B. SPEED.,

        Defendants.

Case No.:  3:25-CV-00075

## DEFENDANTS CLEARSPAN'S, JAMES HOLLAND'S AND ROB EASON'S MOTION TO MODIFY PRELIMINARY PRETRIAL CONFERENCE ORDER

Defendants Clearspan Components, LLC ("Clearspan"), James Holland and Rob Eason (collectively "Defendants"), through their undersigned counsel, Hinshaw & Culbertson LLP, for their motion to modify the Preliminary Pretrial Conference Order (Doc. #47), state as follows:

1.      On May 9, 2025, shortly after Plaintiffs filed their Amended Complaint (Doc. #39), and before Defendants responded to the Amended Complaint, this Court entered a Preliminary Pretrial Conference Order (Doc. #47), which set the schedule for this case.

2.      Among the deadlines set by this Court in the Preliminary Pretrial Conference Order are the following:[1]

3.      Disclosure of Liability Experts:  Plaintiff/Proponent: February 27, 2026; Defendant/Respondent: March 27, 2026.

---

[1] The numbering tracks the numbering of the sections of the Preliminary Pretrial Conference Order.

3.      Deadline for Filing Dispositive Motions: June 5, 2026.

4.      Discovery Cutoff: October 16, 2026.

8.      Trial: December 7, 2026, at 9:00 a.m.

3.      Following entry of the Preliminary Pretrial Conference Order, all defendants filed Motions to Dismiss on May 23, 2025 (*See* Doc. #51-54).  Defendants Rob Eason and James Holland moved to dismiss, in part, based on lack of personal jurisdiction.  (*See* Doc. #51, 54).

4.      Those Motions to Dismiss have been fully briefed and remain pending awaiting ruling. As such, the parties are not yet at issue on the pleadings, as no defendant has yet answered the Amended Complaint.

5.      By agreement, the Parties extended the deadlines for expert disclosures, in part based on a pending source code inspection in case Number 3:25-cv-00170, *Paragon Component Systems, LLC v. Qualtim Inc., et al.*, involving some of the parties named in this action.  The Parties agreed that Plaintiff could make disclosures by April 13, 2026, with Defendants' disclosures due by May 13, 2026.[2]  Additionally, on April 6, 2026, this Court reset the deadline for dispositive motions to June 12, 2026.

6.      On April 13, 2026, Plaintiffs made their expert disclosures, which included four expert reports, one of which was the combined expert report of Arthur H. Cobb, David A. Cobb, and Matthew W. Woodcock, certified public accountants expected to testify on the "existence and quantification of Plaintiffs' economic damages."  Multiple categories of damages in his report, however, are identified as "TBD," and the report includes multiple references to the fact that information needed to complete the report "has not been available."

7.      Given the fact that Defendants' Motions to Dismiss remain pending and the parties are not at issue on the pleadings, that fact discovery remains ongoing, and that Plaintiffs' disclosure

---

[2] It is Clearspan's understanding that Paragon and Plaintiffs have agreed to extend this deadline to May 15, 2026.

2

of their damages expert is, on its face, incomplete and necessitating further amendment or supplementation, Defendants request additional time to make their expert disclosures. At the very least, Defendants request additional time to disclose a rebuttal expert on the issue of damages.

8.     Additionally, the parties remain engaged in fact discovery, including multiple scheduled depositions over the course of the next month. In fact, due to difficulties in coordinating the schedules of many parties, depositions in this case are scheduled for late May/early June, surpassing the current expert deadline and running up against the current summary judgment deadline.

Given the pending motion to dismiss and the fact that the Parties are not at issue on the pleadings, that the parties continue to engage in fact discovery including depositions, and the incomplete expert discovery at this stage, the deadline of June 4, 2026 for dispositive motions is premature.  Defendants respectfully request that that deadline be extended as well.

9.     The relief requested will not cause any undue delay or prejudice any of the parties. Defendants, by this motion, do not seek to interfere with the current deposition schedule, nor do Defendants, at this time, seek to modify any other dates or deadlines set forth in the Preliminary Pretrial Conference Order.  Likewise, the relief requested herein would not affect the '170 Action.

10.     On April 27, 2026, counsel for Defendants Clearspan, Rob Eason and James Holland discussed the relief requested herein with counsel for Plaintiffs,[3] who indicated they do not agree to the relief requested.

WHEREFORE, Defendants Clearspan Components, LLC, James Holland, and Rob Eason respectfully request that this Court enter an order modifying the Preliminary Pretrial Conference Order, extending the deadline for Defendants to disclose expert witnesses, or, in the alternative, to

---

[3] Other than Kirk Grundahl, who is pro se.

3

disclose their rebuttal damages expert, by 30 days, extending the deadline for filing dispositive motions by 30 days, and for such further relief as this Court deems just.

Dated: April 29, 2026

*s/ Brian Zeeck*
Brian R. Zeeck (ARDC: 6298798)
Liam McGing (ARDC:  6342393)
Attorneys for Defendants, James Holland,
Clearspan Components, Inc., and Rob Eason
HINSHAW & CULBERTSON LLP
151 N. Franklin Street, Suite 2500
Chicago, IL 60606
Phone:  312-704-3028
bzeeck@hinshawlaw.com
lmcging@hinshawlaw.com

Corey J. Swinick
State Bar No.: 1097530
Attorneys for Defendants, James Holland,
Clearspan Components, Inc., and Rob Eason
HINSHAW & CULBERTSON LLP
790 N. Water Street, Suite 1950
Milwaukee, WI 53202
Phone:  414-276-6464
cswinick@hinshawlaw.com

Stephan R. Wright, TN BPR 031494
*Counsel for James Holland, Rob Eason, and*
*Clearspan Components, Inc.*
WRIGHT, CORTESI & GILBREATH
2030 Hamilton Place Blvd., Suite 240
Chattanooga, TN 37421
Telephone:  (423) 826-6919
Facsimile:  (423) 826-6929
swright@wcglegal.com

4

1098558\329314896.v1