**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN**

INSPIRED PURSUITS, LLC, QUALTIM, INC.,
CENTER FOR BUILDING INNOVATION, LLC,
DRJ ENGINEERING, LLC, KIRK GRUNDAHL,
and SUZANNE GRUNDAHL,

       Plaintiffs,

  V.

PARAGON COMPONENT SYSTEMS, LLC,
JOHN HOLLAND, JAMES HOLLAND,
CLEARSPAN COMPONENTS, LLC, and THE
ESTATE OF DANIEL HOLLAND EX REL.
SPECIAL EXECUTOR MARVIN B. SPEED,

       Defendants.

Case No. 3:25-cv-00075-wmc

---

**DEFENDANTS PARAGON COMPONENT SYSTEMS, LLC AND JOHN HOLLAND'S JOINDER IN DEFENDANTS CLEARSPAN COMPONENTS, LLC, JAMES HOLLAND, AND ROB EASON'S MOTION TO MODIFY PRELIMINARY PRETRIAL CONFERENCE ORDER**

---

Defendants Paragon Component Systems, LLC and John Holland (collectively herein, "Paragon"), by and through counsel, respectfully submit this joinder to Defendants' Clearspan Components, LLC, James Holland, and Rob Eason's Motion to Modify Preliminary Pretrial Conference Order (Doc. 116). For the same reasons outlined in the Motion (Doc. 116), Paragon maintains that a brief continuance of the outstanding pretrial deadlines is warranted.

Paragon maintains there is an additional justification for the brief extension requested. On April 29, 2026, Stephen Kabakoff, lead counsel for Paragon, tragically and unexpectedly passed away. Mr. Kabakoff was actively involved in the litigation and was working diligently to meet

1
41229043v1

the Court's pretrial deadlines.  Mr. Kabakoff was preparing for and planning to take depositions of key witnesses on May 1, 2026 and during the week of May 4, 2026, which have had to be rescheduled, and was working closely with expert witnesses for Paragon on highly technical issues. Prior to this, the deposition schedule had to be pushed back due to the unavailability of Defendants' counsel Scott Salemi, who was unavailable for most of March and nearly all of April due to his trial schedule. In light of Mr. Kabakoff's tragic passing, Paragon's remaining counsel has been working to reassign responsibilities and move the case forward as much as possible.  However, delay has been inevitable.

Accordingly, for the reasons above, Paragon respectfully joins in Clearspan's Motion to Modify the Preliminary Pretrial Conference Order (Doc. 116) and requests a short extension of the outstanding pretrial deadlines, including the dispositive motion deadline currently scheduled for June 12th.

Alternatively, should the Court decline to extend all pretrial deadlines as requested by Clearspan, Paragon requests a brief extension of the June 12th dispositive motion deadline in this case by at least a week to allow for the rescheduled depositions.  Paragon's counsel James Williams has conferred with represented Plaintiffs' counsel Scott Salemi by phone and email about an extension and has been advised that all Plaintiffs including pro se Plaintiff Kirk Grundahl do not oppose a one-week extension of the June 12th dispositive motion deadline.

Respectfully submitted this ___ day of May, 2026.

**GASS TUREK LLC**

*Counsel for Defendants Paragon Component Systems, LLC and John Holland*

*/s Tamar B. Kelber*
Tamar B. Kelber, SBN 1101802
kelber@gassturek.com

2

41229043v1

Joshua S. Greenberg, SBN 1107959
greenberg@gassturek.com
241 North Broadway, Suite 300
Milwaukee, WI 53202
T: 414-223-3300

James T. Williams, TN BPR 16341
Erin E. Steelman, TN BPR 38463
MILLER & MARTIN PLLC
832 Georgia Avenue, Suite 1200
Chattanooga, TN 37402-2289
Telephone: (423) 756-6600
James.Williams@millermartin.com
Erin.Steelman@millermartin.com

41229043v1