

33 East Main Street Suite 500
Madison, WI 53703-3095

**Mailing Address:**
P.O. Box 2038
Madison, WI 53701-2038

**Phone:**
608.257.7181

**Fax:**
608.257.2508

www.murphydesmond.com

Scott G. Salemi
Direct Line 608.268.5646
Facsimile 608.257.2508
ssalemi@murphydesmond.com

May 19, 2026

Hon. Anita M. Boor
Kastenmeier U.S. Courthouse
120 N. Henry Street
Madison, WI 53703

   Re: *Inspired Pursuits, LLC v. Paragon Component Systems, LLC*
     Civil Action No. 3:25-cv-00075-wmc

Dear Magistrate Judge Boor:

  In the May 12, 2026 Order [ECF 122], the Court ordered a letter report related to Plaintiffs' damages expert report. The parties met and conferred and agreed on the following schedule.

  Plaintiffs' Report: Monday, August 17, 2026

  All Defendants' Report(s): Wednesday, September 16, 2026

  Please advise if anything further is required.

       Respectfully,

       Scott G. Salemi