**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN**

INSPIRED PURSUITS, LLC, QUALTIM, INC.,
CENTER FOR BUILDING INNOVATION, LLC,
DRJ ENGINEERING, LLC, KIRK GRUNDAHL,
and SUZANNE GRUNDAHL,

        Case No. 3:25-cv-00075-wmc

        Plaintiffs,

 V.

PARAGON COMPONENT SYSTEMS, LLC,
JOHN HOLLAND, JAMES HOLLAND,
CLEARSPAN COMPONENTS, LLC, and THE
ESTATE OF DANIEL HOLLAND EX REL.
SPECIAL EXECUTOR MARVIN B. SPEED,

        Defendants.

---

**DEFENDANTS PARAGON COMPONENT SYSTEMS, LLC AND JOHN HOLLAND'S
UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE PROPOSED
FINDINGS OF FACT IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT**

---

Defendants Paragon Component Systems, LLC and John Holland (collectively herein, "Paragon Defendants"), by and through counsel, respectfully move this Court for an eleven-day extension of time, which would extend through today, Monday, August 10, 2026, to file their Proposed Findings of Fact in Support of their previously filed Motion for Summary Judgment. (Doc. 160). In support, Paragon Defendants state as follows:

1. On July 30, 2026, Paragon Defendants filed their Motion for Summary Judgment (Doc. 160) and various supporting materials (*see* Docs. 161, 164, 165, 167-179) consistent with the Court's deadline for dispositive motions. Paragon Defendants' supporting brief (Doc. 161) makes many references to their Proposed Findings of Fact and supporting record evidence.

1

2. On August 10, 2026, Paragon's counsel discovered that Paragon Defendants' Proposed Findings of Fact, which were prepared and finalized for filing on July 30th, were inadvertently omitted from the materials filed in support of Paragon Defendants' summary judgment motion.

3. Upon making this discovery, Paragon's counsel promptly advised all counsel of record about the inadvertent filing omission and requested an agreement with Plaintiffs' counsel to allow Paragon Defendants to file their Proposed Findings of Fact by the end of the day today, August 10, 2026. Additionally, Paragon's counsel circulated a copy of the Proposed Findings of Fact to all counsel of record in conjunction with the request for extension.

4. Plaintiffs' counsel advised that Plaintiffs have no opposition to Paragon Defendants' request for an extension, provided Plaintiffs are given an in-kind eleven-day extension for their responsive filings to Paragon Defendants' summary judgment materials.

5. Counsel for Clearspan and the Estate of Daniel Holland have not expressed any objection to Paragon Defendants' request to file their Proposed Findings of Fact today.

Accordingly, given the inadvertent nature of the filing oversight and Plaintiffs' lack of opposition, Paragon Defendants respectfully move this Court for a short extension of time that would allow Paragon Defendants to file their Proposed Findings of Fact in support of their summary judgment motion (Doc. 160) by the end of the day today, August 10, 2026. The Proposed Findings of Fact are attached hereto as **Exhibit 1**.[1] Paragon Defendants also request that Plaintiffs

---

[1] Consistent with Judge Boor's Order (Doc. 186), Paragon Defendants file their Proposed Findings of Fact under seal at this juncture, but will file a redacted public version of the sealed summary judgment materials two weeks after the reply materials are submitted.

be given an in-kind eleven-day extension of their deadline to respond to Paragon Defendants'

summary judgment materials. A proposed order for the Court's consideration is attached as

**Exhibit 2**.

Respectfully submitted this 10th day of August, 2026.

/s/ Tamar B. Kelber

David S. Moreland, GA Bar No. 521998
Eileen Rumfelt, GA Bar No. 040608
*appearing pro hac vice*
MILLER & MARTIN PLLC
1180 W. Peachtree Street NW, Suite 2100
Atlanta, Georgia 30309
Telephone: (404) 962-6100
david.moreland@millermartin.com
eileen.rumfelt@millermartin.com

James T. Williams, TN BPR 16341
Erin E. Steelman, TN BPR 38463
*appearing pro hac vice*
MILLER & MARTIN PLLC
832 Georgia Avenue, Suite 1200
Chattanooga, TN 37402-2289
Telephone: (423) 756-6600
James.Williams@millermartin.com
Erin.Steelman@millermartin.com

Tamar B. Kelber, SBN 1101802
Joshua S. Greenberg, SBN 1107959
Gass Turek LLC
241 North Broadway, Suite 300
Milwaukee, WI 53202
Telephone: (414) 223-3300
kelber@gassturek.com
greenberg@gassturek.com

***Attorneys for Plaintiff Paragon Component Systems, LLC***