## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF WISCONSIN

INSPIRED PURSUITS, LLC, QUALTIM, INC.,
CENTER FOR BUILDING INNOVATION, LLC,
DRJ ENGINEERING, LLC, KIRK GRUNDAHL,
and SUZANNE GRUNDAHL,

          Case No. 3:25-cv-00075-wmc

      Plaintiffs,

V.

PARAGON COMPONENT SYSTEMS, LLC,
JOHN HOLLAND, JAMES HOLLAND,
CLEARSPAN COMPONENTS, LLC, and THE
ESTATE OF DANIEL HOLLAND EX REL.
SPECIAL EXECUTOR MARVIN B. SPEED,

      Defendants.

---

## ORDER

---

This matter came before the Court on Defendants Paragon Component Systems, LLC and John Holland's (collectively herein, "Paragon Defendants') Unopposed Motion for Extension of Time to File Proposed Findings of Fact in Support of Motion for Summary Judgment. Upon due consideration, for good cause shown, and due to the lack of opposition, Paragon Defendants' Motion is **GRANTED**.  Accordingly, it is hereby ordered that **<u>Exhibit 1</u>** to Paragon Defendants' Motion is deemed timely filed as of August 10, 2026. It is further ordered that Plaintiffs shall have an in-kind eleven-day extension of time to respond to Paragon Defendants' summary judgment materials.

      IT IS SO ORDERED.

                        */s/*_____
                        UNITED STATES DISTRICT JUDGE

1