UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WISCONSIN

INSPIRED PURSUITS, LLC, QUALTIM, INC.,
CENTER FOR BUILDING INNOVATION, LLC,
DRJ ENGINEERING, LLC, KIRK GRUNDAHL,
and SUZANNE GRUNDAHL,

Plaintiffs,

v. Case No. 3:25-cv-00075-wmc

PARAGON COMPONENT SYSTEMS, LLC, JOHN
HOLLAND, JAMES HOLLAND, CLEARSPAN
COMPONENTS, INC., ROB EASON, and the
ESTATE OF DANIEL HOLLAND, ex rel. SPECIAL
INDEPENDENT EXECUTOR MARVIN B. SPEED,

Defendants.

---

**PLAINTIFFS' NOTICE OF CONVENTIONAL FILING OF AUDIO/VIDEO RECORDINGS**

---

Plaintiffs give notice that, under the Court's September 30, 2026 Text Only Order (Dkt. 250) and Administrative Order 434, they have filed conventionally the complete audio/video recordings of the conversations excerpted at Exhibit 12 to the Declaration of Kirk Grundahl (Dkt. 220-12), together with the excerpted portions that correspond to the Exhibit 12 transcripts. The recordings are identified in Plaintiffs' motion (Dkt. 248) and in the Supplemental Declaration of Kirk Grundahl (Dkt. 249).

**1. Method and date of submission.** On October 13, 2026, Plaintiffs uploaded the files listed below to the Court's Box for Federal Government account, using the upload link the Clerk's Office provided for this case. *See* Admin. Order 434 ¶ 1.

**2. What was submitted.** The submission consists of 42 files in two sets: (a) 22 complete recordings, one for each audio or video recording that Dkt. 248 and Dkt. 249 identify by

Bates number; and (b) 20 excerpt files, each containing the portions of one recording that Exhibit 12 transcribes.

3. **File formats.** Every file is in a format that Administrative Order 434 ¶ 3 permits. The complete recordings are in .wav, .mp3, .mp4, or .wma format. Every excerpt file is an audio-only .wav file. Each file was uploaded individually, and no zip file or other archive was used. No file is larger than 1 gigabyte. *See* Admin. Order 434 ¶¶ 3–4.

4. **File names.** The files are named in the manner Administrative Order 434 ¶ 5 prescribes for trial exhibits. Each name begins "25-cv-75_Plaintiff_Inspired Pursuits LLC_Exhibit 12-" and continues with the letter of the Exhibit 12 transcript excerpt and the Bates number under which the recording was produced. The name of each excerpt file ends in "_clips."

5. **Complete recordings.** Twenty-one of the 22 complete recordings are the files produced in discovery, without change. The recording for Excerpt A (DHE00002602) was produced as an .m4a file, a format that Administrative Order 434 ¶ 3 does not list. Plaintiffs converted that file to .wav so that it could be submitted. The conversion decoded the audio to .wav at the same sample rate and number of channels. Nothing was cut from, added to, or edited in the recording. The .m4a file as produced remains available at DHE00002602, and Plaintiffs will submit it in any manner the Court directs.

6. **Excerpt files.** Each excerpt file contains the passages of one recording that Exhibit 12 transcribes. Each passage was copied from the complete recording as one continuous stretch, together with a fraction of a second of the recording before and after it. Where passages adjoin or overlap in the recording, they play as one continuous passage. The passages play in the order in which they occur in the recording. Plaintiffs inserted three seconds of silence between passages to mark where one passage ends and the next begins; the silence is not part of any recording. Plaintiffs

did not otherwise edit the audio. Where the recording is a video, the excerpt file contains its sound only, and the complete video is submitted separately. The Excerpt F passages were copied from QUALTIM-065477, and the Excerpt H passages were copied from QUALTIM-081361. QUALTIM-065536 and QUALTIM-065524 are submitted in full, and no separate excerpt file was prepared from either. In Excerpts C, F, K, P, and Q, Exhibit 12 presents some passages in a different order than they occur in the recording. The excerpt files follow the recording.

**7.** **Excerpt L.** The tables in Dkt. 248 and Dkt. 249 list two Bates numbers for Excerpt L. QUALTIM-065253 is the recording of the October 6, 2023 call, and it is submitted. QUALTIM-040468 is the email that the Declaration of Kirk Grundahl cites together with that recording (Dkt. 220 ¶ 54). It is a document, not a recording, and it is not part of this submission.

**8.** **Confidentiality.** Plaintiffs produced the recordings that bear QUALTIM and Qualtim Bates numbers with a "Confidential" designation under the Amended Agreed Protective Order (Dkt. 115-1, entered as modified by Dkt. 117). Plaintiffs submit those recordings, and the excerpt files made from them, under seal under paragraph 25 of that Order and Administrative Order 460. Exhibit 12 (Dkt. 220-12), which transcribes the excerpts, was filed under seal. Because an audio or video file cannot be filed in redacted form on CM/ECF, the public record of this submission is this Notice together with the descriptions of the recordings in Dkt. 248 and Dkt. 249.

**9.** **Service.** On October 14, 2026, Plaintiffs served all 42 files, named as listed below, on counsel of record for every other party by secure file share link, outside the Court's electronic filing system. The complete recordings were also produced in discovery at the Bates numbers listed below.

# FILES SUBMITTED

**Excerpt A** (Jan. 25, 2017; DHE00002602). Complete recording: 25-cv-75_Plaintiff_Inspired Pursuits LLC_Exhibit 12-A_DHE00002602.wav (audio; about 2 min 45 s; converted from .m4a). Excerpt file: 25-cv-75_Plaintiff_Inspired Pursuits LLC_Exhibit 12-A_DHE00002602_clips.wav (audio; about 2 min 44 s).

**Excerpt B** (Aug. 1, 2017; Qualtim0237). Complete recording: 25-cv-75_Plaintiff_Inspired Pursuits LLC_Exhibit 12-B_Qualtim0237.wav (audio; about 2 min 55 s). Excerpt file: 25-cv-75_Plaintiff_Inspired Pursuits LLC_Exhibit 12-B_Qualtim0237_clips.wav (audio; about 2 min 8 s).

**Excerpt C** (Sept. 13, 2017; QUALTIM-065539). Complete recording: 25-cv-75_Plaintiff_Inspired Pursuits LLC_Exhibit 12-C_QUALTIM-065539.mp4 (video; about 3 hr 21 min). Excerpt file: 25-cv-75_Plaintiff_Inspired Pursuits LLC_Exhibit 12-C_QUALTIM-065539_clips.wav (audio; about 6 min 44 s).

**Excerpt D** (May 29–30, 2018; QUALTIM-065244). Complete recording: 25-cv-75_Plaintiff_Inspired Pursuits LLC_Exhibit 12-D_QUALTIM-065244.wma (audio with GoToMeeting screen recording; about 4 hr 7 min). Excerpt file: 25-cv-75_Plaintiff_Inspired Pursuits LLC_Exhibit 12-D_QUALTIM-065244_clips.wav (audio; about 5 min 8 s).

**Excerpt E** (Oct. 31, 2018; DHE00006262). Complete recording: 25-cv-75_Plaintiff_Inspired Pursuits LLC_Exhibit 12-E_DHE00006262.wav (audio; about 2 min 51 s). Excerpt file: 25-cv-75_Plaintiff_Inspired Pursuits LLC_Exhibit 12-E_DHE00006262_clips.wav (audio; about 2 min 9 s).

**Excerpt F** (May 22, 2020; QUALTIM-065477 and QUALTIM-065536). Complete recordings: 25-cv-75_Plaintiff_Inspired Pursuits LLC_Exhibit 12-F_QUALTIM-065477.mp4 (video; about 2 hr 10 min) and 25-cv-75_Plaintiff_Inspired Pursuits LLC_Exhibit 12-F_QUALTIM-065536.mp4 (video; about 30 min). Excerpt file: 25-cv-75_Plaintiff_Inspired Pursuits LLC_Exhibit 12-F_QUALTIM-065477_clips.wav (audio; about 9 min 19 s).

**Excerpt G** (Nov. 16, 2021; Qualtim1208). Complete recording: 25-cv-75_Plaintiff_Inspired Pursuits LLC_Exhibit 12-G_Qualtim1208.mp4 (video; about 23 min). Excerpt file: 25-cv-75_Plaintiff_Inspired Pursuits LLC_Exhibit 12-G_Qualtim1208_clips.wav (audio; about 6 min 6 s).

**Excerpt H** (Feb. 22, 2023; QUALTIM-081361 and QUALTIM-065524). Complete recordings: 25-cv-75_Plaintiff_Inspired Pursuits LLC_Exhibit 12-H_QUALTIM-081361.mp4 (video; about 1 hr 25 min) and 25-cv-75_Plaintiff_Inspired Pursuits LLC_Exhibit 12-H_QUALTIM-065524.wav (audio; about 1 hr 31 min). Excerpt file: 25-cv-75_Plaintiff_Inspired Pursuits LLC_Exhibit 12-H_QUALTIM-081361_clips.wav (audio; about 2 min 47 s).

**Excerpt I** (Jul. 27, 2023; QUALTIM-065542). Complete recording: 25-cv-75_Plaintiff_Inspired Pursuits LLC_Exhibit 12-I_QUALTIM-065542.wav (audio; about 1 hr 14 min). Excerpt file: 25-cv-75_Plaintiff_Inspired Pursuits LLC_Exhibit 12-I_QUALTIM-065542_clips.wav (audio; about 1 min 11 s).

**Excerpt J** (Aug. 3, 2023; QUALTIM-065251). Complete recording: 25-cv-75_Plaintiff_Inspired Pursuits LLC_Exhibit 12-J_QUALTIM-065251.wav (audio; about 1 hr 47 min). Excerpt file: 25-cv-75_Plaintiff_Inspired Pursuits LLC_Exhibit 12-J_QUALTIM-065251_clips.wav (audio; about 1 min 9 s).

**Excerpt K** (Aug. 9, 2023; QUALTIM-065547). Complete recording: 25-cv-75_Plaintiff_Inspired Pursuits LLC_Exhibit 12-K_QUALTIM-065547.wav (audio; about 2 hr 30 min). Excerpt file: 25-cv-75_Plaintiff_Inspired Pursuits LLC_Exhibit 12-K_QUALTIM-065547_clips.wav (audio; about 1 min 48 s).

**Excerpt L** (Oct. 6, 2023; QUALTIM-065253). Complete recording: 25-cv-75_Plaintiff_Inspired Pursuits LLC_Exhibit 12-L_QUALTIM-065253.mp3 (audio; about 26 min). Excerpt file: 25-cv-75_Plaintiff_Inspired Pursuits LLC_Exhibit 12-L_QUALTIM-065253_clips.wav (audio; about 36 s).

**Excerpt M** (Oct. 18, 2023; QUALTIM-065252). Complete recording: 25-cv-75_Plaintiff_Inspired Pursuits LLC_Exhibit 12-M_QUALTIM-065252.mp3 (audio; about 36 min). Excerpt file: 25-cv-75_Plaintiff_Inspired Pursuits LLC_Exhibit 12-M_QUALTIM-065252_clips.wav (audio; about 1 min 28 s).

**Excerpt N** (Nov. 29, 2023; Qualtim0857). Complete recording: 25-cv-75_Plaintiff_Inspired Pursuits LLC_Exhibit 12-N_Qualtim0857.mp3 (audio; about 12 min). Excerpt file: 25-cv-75_Plaintiff_Inspired Pursuits LLC_Exhibit 12-N_Qualtim0857_clips.wav (audio; about 1 min 21 s).

**Excerpt O** (Dec. 6–7, 2023; QUALTIM-080318 and QUALTIM-080320). Complete recordings: 25-cv-75_Plaintiff_Inspired Pursuits LLC_Exhibit 12-O_QUALTIM-080318.mp4 (video; about 2 hr 48 min) and 25-cv-75_Plaintiff_Inspired Pursuits LLC_Exhibit 12-O_QUALTIM-080320.mp4 (video; about 1 hr 41 min). Excerpt files: 25-cv-75_Plaintiff_Inspired Pursuits LLC_Exhibit 12-O_QUALTIM-080318_clips.wav (audio; about 22 s) and 25-cv-75_Plaintiff_Inspired Pursuits LLC_Exhibit 12-O_QUALTIM-080320_clips.wav (audio; about 1 min 41 s).

**Excerpt P** (Jan. 16, 2024; QUALTIM-065254). Complete recording: 25-cv-75_Plaintiff_Inspired Pursuits LLC_Exhibit 12-P_QUALTIM-065254.wav (audio; about 1 hr 43 min). Excerpt file: 25-cv-75_Plaintiff_Inspired Pursuits LLC_Exhibit 12-P_QUALTIM-065254_clips.wav (audio; about 3 min 46 s).

**Excerpt Q** (Feb. 27–28, 2024; QUALTIM-065245 and QUALTIM-065255). Complete recordings: 25-cv-75_Plaintiff_Inspired Pursuits LLC_Exhibit 12-Q_QUALTIM-065245.mp4 (video; about 2 hr 34 min) and 25-cv-75_Plaintiff_Inspired Pursuits LLC_Exhibit 12-Q_QUALTIM-065255.mp4 (video; about 3 hr 3 min). Excerpt files: 25-cv-75_Plaintiff_Inspired Pursuits LLC_Exhibit 12-Q_QUALTIM-065245_clips.wav (audio; about 7 min 32 s) and 25-cv-75_Plaintiff_Inspired Pursuits LLC_Exhibit 12-Q_QUALTIM-065255_clips.wav (audio; about 37 s).

**Excerpt R** (Mar. 1, 2024; QUALTIM-080332). Complete recording: 25-cv-75_Plaintiff_Inspired Pursuits LLC_Exhibit 12-R_QUALTIM-080332.mp3 (audio; about 4 min 8 s). Excerpt file: 25-cv-75_Plaintiff_Inspired Pursuits LLC_Exhibit 12-R_QUALTIM-080332_clips.wav (audio; about 4 min 8 s).

Dated this 15th day of October, 2026.

**MURPHY DESMOND S.C.**
Attorneys for Plaintiffs Inspired Pursuits, LLC, Qualtim, Inc., Center for Building Innovation, LLC, DrJ Engineering, LLC, and Suzanne Grundahl.

Electronically Signed By: *<u>/s/ Scott G. Salemi</u>*
Scott G. Salemi
State Bar Number: 1118960
33 East Main Street, Suite 500
Madison, WI 53701-2038
Phone: (608) 257-7181
Fax: (608) 257-2508
ssalemi@murphydesmond.com

**KIRK GRUNDAHL**
Pro Se Plaintiff

Electronically Signed By: *<u>/s/ Kirk Grundahl</u>*__________
Kirk Grundahl
1130 Fairway Court
Lake Mills, WI 53551
Phone: 608-217-3713
kgrundahl@qualtim.com